# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina



| | |
|---|---|
| **NELSON O. MAYSONET** | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| **SEE ATTACHED** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     *Nelson O. MAysoneT*

All other names by which you have been known:     *Puerto Rico*

ID Number     *1043515*

Current Institution     *Maury Correctional*

Address     *2568 Moore House Road*

*HooKerTon*     *N.C.*     *28538-7276*
       *City*       *State*       *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     _____

Job or Title *(if known)*     _____

Shield Number     _____

Employer     _____

Address     _____

_____
    *City*     *State*     *Zip Code*

☐ Individual capacity     ☐ Official capacity

Defendant No. 2

Name     _____

Job or Title *(if known)*     _____

Shield Number     _____

Employer     _____

Address     _____

_____
    *City*     *State*     *Zip Code*

☐ Individual capacity     ☐ Official capacity

Case 1:26-cv-00256-TDS-LPA    Document 2    Filed 03/13/26    Page 2 of 66

# DEFENDANTS

Each defendant listed below is sued in his individual capacity. At all times mentioned herein, each defendant acted under color of state law as prison officials.

1. <u>Tolbert. A</u>: Correctional Sergent, working the Red Unit at Scotland Corr. Inst. (SCI) at all times mentioned herein.

2. <u>Veshinsk</u>: Correctional officer, working the Red unid at (SCI) at all times mentioned herein

3. <u>Jacobs</u>: Correctional Officer, working the Red unid at (SCI) at all times mentioned herein

4. <u>Osuna</u>: Correctional officer, working the Red unid at (SCI) at all times mentioned herein

5. <u>Gholston</u>: Correctional Officer, working the Red unid at (SCI) at all times mentioned herein

6. <u>Watts</u>: Correctional officer, working the Red unid at (SCI) at all time mentiond herein

Defendant No. 3

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| City | State | Zip Code |

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| City | State | Zip Code |

☐ Individual capacity   ☐ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*9th Amendment to U.S. Constitution*

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Case 1:26-cv-00256-TDS-LPA   Document 2   Filed 03/13/26   Page 4 of 66

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Each defendant was a N.C. prison official at all time Mentioned herein*

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐   Pretrial detainee
- ☐   Civilly committed detainee
- ☐   Immigration detainee
- ☒   Convicted and sentenced state prisoner
- ☐   Convicted and sentenced federal prisoner
- ☐   Other *(explain)*   _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Cause of Action occurred at Scotland Corr. Inst.*

Case 1:26-cv-00256-TDS-LPA    Document 2    Filed 03/13/26    Page 5 of 66

C.      What date and approximate time did the events giving rise to your claim(s) occur?

_April 27th, 2023 at approximately 4:30 A.M_

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The defendants escorted me from my cell to a Medical area of the facility where cameras could not see & assaulted me while my Hands were cuffed behind my back. Saying "This is for fuckinG with our officers." in reference to an altercation i had with one officer hear To PrecedinG their assault on me. Each defendant hit me with nite sticks. + Kick me all over my body, face, Head.

## V.      Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained Multiple lacerations to my head + Face, requing stitches + staples + contusions all over my body. I had to Get fluid drained from my lunG as a result of the beatinG + still feel Pain in my lunG to this day. I blacked out durinG the beatinG + still have trouble stayinG up riGHt, KeepinG my balance, + I get severe headaches now + ~~Reguit~~ my fromTooTh didn't used to before this incident. I was send to ~~Duke Hospital~~ N.O.M and ~~I was~~ Treated at ScotLand Memorial Hospital. I suffer from emotional distress as a result of this incident, + vision loss - Ect.

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I seek Monetary damages. Compensatory + Punitive, from each defendant, Jointly + severally. I also want to Press charges aGainst them for AGGravated Assault on me. Declaratory relief Any other relief the Court deems appropriate + Recovery of costs in this suit
        / Also Appoint consel for me Becaz EnGlish NoT my First LanGuaGE +. Somedody filled this OUT for me
                        Becuz I No kow.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_All claims alleged herein_

Case 1:26-cv-00256-TDS-LPA    Document 2    Filed 03/13/26    Page 7 of 66

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

_Grievance Records Attached_

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_Completed_

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

_____

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____ N/A _____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____ N/A _____

Defendant(s) _____ N/A _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____ N/A _____

3.  Docket or index number

_____ N/A _____

4.  Name of Judge assigned to your case

_____ N/A _____

5.  Approximate date of filing lawsuit

_____ N/A _____

6.  Is the case still pending?

☐ Yes

☐ No       N/A

If no, give the approximate date of disposition. _____ N/A _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ N/A _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Case 1:26-cv-00256-TDS-LPA     Document 2     Filed 03/13/26     Page 10 of 66

☐ Yes

☐ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____ N/A _____

    Defendant(s) _____ N/A _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____ N/A _____

3.  Docket or index number

    _____ N/A _____

4.  Name of Judge assigned to your case

    _____ N/A _____

5.  Approximate date of filing lawsuit

    _____ N/A _____

6.  Is the case still pending?

    ☐ Yes    N/A

    ☐ No

    If no, give the approximate date of disposition _____ N/A _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____ N/A _____

Case 1:26-cv-00256-TDS-LPA    Document 2    Filed 03/13/26    Page 11 of 66

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9 / March / 2026

Signature of Plaintiff  _Nelson Oro_

Printed Name of Plaintiff  NEISON MAYSONET

Prison Identification #  1043515

Prison Address  2568 Moore House Road
Hookerton     N.C.     28538-7276
     City        State     Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

     City        State     Zip Code

Telephone Number  _____

E-mail Address  _____

DC–410 (Rev. 02/22)

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: NELSON O. MAYSONET          Offender #: 1043515

Location: Granville CI  C-210          Date: 5/9/2023

Grievance Statement: El 4/26/2023 Hora como alas 9:00 PM or 8:30 PM El Sargento on Duty, from Bed uned D, E, F pod Resular Population II Floar from Scotlan C.I. me quito mi "corchon" (matres) y Toda mis Propiedades No dandome 160 property/ Espreyandome (peper sprey) dejandome en mi cell F·17 Bed uned en el cuarto Toda la noche asta El dia sisiente Date 4/27/2023 Time 4:00 AM or 4:30 AM/ on 4/27/23 yo mesali de mi cell F17 ya que abrieron las puertas para (desañunar) me diriji acia El "Sarsento" on Duty 4/27/23 time 4:00 AM Bicuestin Para yo ablar con (OIC) sarsento me Neso mi petis peticion 3 beses y saco su "peper sprey" y borbio a espreyarme/ Tuve una (Altercation Peticia) me dirise a E pod Bed uned Modificada, y los 5 officiales y sargento de Segregation

What remedy would resolve your grievance?: Housin me Arestaron poniendome las Manos alaparte Trasera (Atras) y me gorpiaron E pod Bed uned Modificada./ Los 5 officiales y sargentu from seg. me Escortaron acia el medicu aria. y en cuanto yegamos al medico aria, me comensaron a gorpiar causandome maretones en Todo mi cuerpo y Rajandome la cabesa En 2 diferentes Aria (Hospital Recoll-Slotlan) El 27 de Abril Hospital Medio de Alta Regresamos a Scotlan C.I. Mientras esperabamon en la Van, carro (wuawua) me Trajeron 2 borsas con mi Propiedad No 160 or any signature.

Offender Signature: Nelson Ortega Mayson #1043515          5/9/2023

---

## OFFICIAL USE

Date received: 5/21/23          Receiving Officer Signature          BLS07  Staff ID

Facility #: 3980    Year: 2023    Housing #: HCCU    Sequence #: 22225

Distribution: White - Facility Copy; Pink - Offender Copy

DC-410 Rev. 02/22)

North Carolina Departmen of public SAfety
PRisonS
ADministRATIVE REMEDY PROCEDURE

offender Name: NEISON O. MAysoneT          offender # 1043515

Location: Granville C.I  C 210                    Date: 5/9/2023

Grievance Statement: 4/27/2023 scotlan Hospital medio de
• Alta/Regresamon a scotlan C.I Mientra esperavamos en la
van a la parte afuera de C.I scotlan Srg Hamp me trajo 2 bolsas
con Mis propiedades NO 160 Form No signature of any baty.
Me transladaron a Granville cI me prosesaron 4 27 2023 y
aun hoy 5/9/2023 No e tenido Mis Legales Materiales o
Mi propiedades y aun NO e Signature any 160 For or any
No Se Si es Mi propiedad o propiedad de otro offender...

(what REMEDY would RESOlVE youR GRIEVANCE?:)
= Nesesito video Camaras 4/26/2023 8:30pm To 9:30pm Red uned
  F Pod Cell 17 also video Camara 4/27/2023 Time 4:00Am Red
  uned F E pod  pasillo del control, bajando las
  escalera de Red uned, Todo El pasillo Highwhy cosina Red
  uned Highwhy cosina Medico, Medico aria Becivin.
  I Need video camara of oll diferente angulos para
  Becol. No ayan apagado y prendido Camara en Medico

offender Signature: Nelson C Mayson #1043515   5/9/2023

(official use)

Date Received  /  /

Received officer Signature          Staff ID

Facility #_____      year      Housing#_____      Sequence #

C 210

Remedy Procedure

Date 5/9/2023

 **North Carolina Department of Adult Correction**

Roy Cooper, Governor

Todd E. Ishee, Secretary

### Step One - Unit Response

**Regarding Grievance No.: 3980-2023-HCCU--22225**
**Received: 05/21/2023**

**Inmate:** MAYSONET, NELSON O.- 1043515
**Location: 3980-GRANVILLE CI - HCCU-210**

In response to your grievance written by you, offender Nelson Maysonet #1043515, on May 9, 2023, in reference to excessive force used by correctional staff, has been addressed. This incident is still under investigation according to the North Carolina Department of Adult Corrections policies and procedures. If the correctional staff are found to be in violations of any of the policies and procedures, they will be reprimanded in accordance with those policies and procedures. Any video footage or information in reference to the incident which occurred on April 26, 2023 can be obtained with the appropriate court documentation, through the legal process, initiated by you or your attorney. No further action is recommended.

| 06/15/2023 | INGRAM, JERRY J. |
|---|---|
| *Date* | *Staff Electronic Signature* |

(A)_____ Agree with grievance response        (B)__✓__ Appeal to Step Two (24-hour limit)

| | |
|---|---|
| *Date* | *Inmate Signature* |

| | |
|---|---|
| *Date* | *Witness Signature (optional)* |

cc: CTS

**MAILING ADDRESS:**
1001 VEAZEY RD.
BUTNER, NC 27509-1649



**OFFICE LOCATION:**
1001 VEAZEY RD.
BUTNER, NC 27509-1649
Telephone: (919)575-3070
Fax: (919)575-3090

WWW.NCDPS.GOV        An Equal Opportunity Employer



# North Carolina Department of Adult Correction

Roy Cooper, Governor

Todd E. Ishee, Secretary

## Step Two - Area/Complex/Institution Response

**Regarding Grievance No.: 3980-2023-HCCU--22225**
Received: 05/21/2023

**Inmate:    MAYSONET, NELSON O - 1043515**
**Location:  3980-GRANVILLE CI - HCCU-210**

This investigation of this incident has been completed and shows that staff used only the amount of force necessary to control the situation. No staff misconduct noted. no further action recommended.

| 07/07/2023 | BULLARD, WILLIAM L. |
|---|---|
| *Date* | *Staff Electronic Signature* |

(A)_____ Agree with grievance response          (B)_____ Appeal to Secretary, DAC (24-hour limit)

| | |
|---|---|
| *Date* | *Inmate Signature* |

| | |
|---|---|
| *Date* | *Witness Signature(optional)* |

I Sed New Grivence 72223 Follo up.

cc: CTS

I whant this Grivence to be accepted and be review prosess by Scotlan officer not for Bullard william l. or any officer at Granville CI. also I whant video from medical aria at scatlan CI. and not to be Hide.

This investigation of this incident reference to ecressive force has been addressed and this incident is still under investigation accordin to MCD

2 Grivins scotlan seg officers (Smith Camore)

I Ned my copy of thiss Grivens and off top Resolution Bard and off Follow up Grivance Steps.



MAILING ADDRESS:
1001 VEAZEY RD.
BUTNER, NC 27509-1649

OFFICE LOCATION:
1001 VEAZEY RD.
BUTNER, NC 27509-1649
Telephone: (919)575-3070
Fax: (919)575-3090

WWW.NCDPS.GOV                    An Equal Opportunity Employer

# North Carolina Department of Adult Correction

State of North Carolina
Roy Cooper
Governor

Kimberly D. Grande
Executive Director

## Inmate Grievance Resolution Board
4207 MAIL SERVICE CENTER, RALEIGH, NC 27699-4207

Members
David W. Addison, Esq.
Robert E. Campbell, Esq.
Phyllis S. Leary
Travis F. Ellis, Esq.
Carlton B. Joyner

## Step Three - Administrative Remedy Response

| | | | |
|---|---|---|---|
| Inmate: | MAYSONET,NELSON O | Tracking No: | 0000596673 |
| Inmate #: | 1043515 | Unit Grievance No: | 3980-2023-HCCU--22225 |
| Location: | 3980-GRANVILLE CI - HCCU-210 | Date Received: | 07/08/2023 |
| | Courier # 17-11-14 | | |

Grievance Examiner: Findings and Disposition Order

This examiner has carefully reviewed the grievance and the response given by staff in the DC-410A response. A review of this matter finds that your allegations regarding force had been investigated by the facility. It has been determined that the force used was appropriate due to the assault against a staff member, and your failure to comply with directives issued to you by staff. Disciplinary action was taken, and you were found guilty of the infractions charged with. Offender Maysonet, it is the expectation by DAC management that all staff conducts themselves in a professional manner when dealing with the offender population. All DAC staff are reminded of this expectation, and failure to adhere to this expectation will result in immediate corrective action. From this review, it appears the facility has taken the appropriate action. Based on the review of the incident report, and disciplinary investigation. Therefore, this matter was adequately addressed. I adopt the facts found by the staff investigator.

Note: a review of your DC160s indicates that you received all the property that you are allowed to have while assigned to H-con. Furthermore, during an inventory of your property a cell phone and other items were found to which you received disciplinary action.
On this record, it appears that proper action has been taken by staff to resolve the problem grieved by you. Thus, this grievance is considered resolved by IGRB staff.

| | |
|---|---|
| 08/10/2023 | ALSTON, PATRICIA A. |
| *Date* | *Inmate Grievance Examiner Electronic Signature* |

cc: CTS

COPY

Follow up

Fallow up

Nelson Maysonet
Inmate Name (please print)

1043515     C210     N/A     6/22/2023
Inmate Number   Dormitory   Duty Assignment   Date

7/22/23 a/so

Complete this form and put it in the locked sick call box. The form will be picked up by medical staff and your appointment will be posted as outlined in the medical orientation. Failure to report for an appointment when scheduled is considered a missed appointment and you will not be rescheduled. You will have to submit another request to be seen. **DO NOT USE THIS FORM FOR EMERGENCY REQUESTS. SEE A CUSTODY OFFICER FOR ANY MEDICAL EMERGENCIES.** On 4/27/23 scotlan c I officer Breaking my head, stitch on my

WRITE YOUR MEDICAL REQUESTS IN THIS SPACE (Be specific) Paretal Aria - Also score Points

on my frontal Aria, I being having Difficultives with my eyes Defects in vision - Difficults Reading - w end I force my view vision it Herd Herd - also alot of Head Herd from back To from - on 6/15/23 X-Ray CT scan of face reveals no Fracture But what about Bri'n injury frontan and parietal Aria are Hidden injury

I understand that in accordance with NC Division of Adult Corrections Co-Payment Policy, I will be charged a co-payment for applicable health care appointments. This request authorizes disbursement from my trust fund account for those health care visits.

Inmate Signature: Maysen Steve     Date: 6/22/23

INMATE: DO NOT WRITE BELOW THIS LINE

TRIAGED DATE _____ TIME _____ TRIAGE BY _____ TITLE _____
Name

DISPOSITION: ☐ Nurse    ☐ MD/PE    ☐ Dental    ☐ MH    ☐ Other

SICK CALL APPOINTMENT

ACTION TAKEN (Be specific and include DATE/TIME): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

For additional space use DC-387

_____          _____
Facility Name and Number                          Signature/Title

This form is not to be amended, revised, or altered without approval of the Medical Records Committee.

File: Outpatient Record, Section VI

PRINT
Inmate Name _____

Inmate Number _____

Inmate Unit _____

DC-602 (Revised 10/12)    NCR 1

"Medical copy"
for the Recoll

qlso mentol Heblth 5/11/23    and I see Rn R Hand 5/17/23

NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION    05/22/23
TRUST FUND ACCOUNT STATEMENT    18:02:01
FACILITY: 3980  - GRANVILLE CI    PAGE  416
FOR: 05/15/23 - 05/22/23

ACCT. NAME: MAYSONET, NELSON O.                          ACCT#: 1043515
      BED: HCCU-210                              TYPE: INMATE

ENDING BALANCE 05/22/23  $     0.05  INCLUDES CANTEEN LIMIT OF $ 0.05

| | BATCH | | REFERENCE | | | | |
|---|---|---|---|---|---|---|---|
| DATE | NBR. | TYPE | NUMBER | FACL | +/- | AMOUNT | BALANCE |
| 05/16/23 | 024 | CASHLS CANTEEN-I | 00119 | 3980 | - $ | 0.43 | $ 0.05 |

BEGINNING BALANCE    $    0.48

| DEBT DATE | DEBT TIME | TYPE OF DEBT | | AMOUNT OF DEBT | AMOUNT STILL OWED |
|---|---|---|---|---|---|
| 05/22/23 | 08:56 | ADM FEE | -CASE#4/29/2313:00 | $ 10.00 | $ 10.00 |

*asalto srj. scatkan*

THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
BETWEEN 05/15/2023 AT 01:01:01 AND 05/22/2023 AT 18:02:01.

ENDING BALANCE IS THE BALANCE AS OF MONDAY,    MAY    22, 2023 AT 18:02:01.

A.  INMATE NAME: MAYSONET, NELSON O.                    NCDOC#: 1043515
    FACILITY:    SCOTLAND CI              #: 4860    DATE OF REPORT: 05/24/23
    CRIME ( ) MISD.     INMATE ACTIVITY AT    CUSTODY LEVEL AT   DATE OF OFFENSE
    CLASS (X) FELON     TIME OF OFFENSE: 1    TIME OF OFFENSE: 2    04/27/23
    SSA   (X)

OFFENSE CLASS & NUMBER    I: A03        II: A24        III: B25
SUMMARY : A 13 DAY EXTENSION WAS GRANTED BY SECURITY COORD.C.TORRES
          ON 5/12/23 AT APPROXIMATELY 1315 HOURS
          ON 04/27/23 AT APPROXIMATELY 0430 HRS SGT LENWOOD GRAHAM
          REPORTED WHILE ASSISTING STAFF WITH COLLECTING TRAYS FROM
          BREAKFAST MEAL IN F-POD RED UNIT HE OBSERVED OFFENDER
          NELSON MAYSONET #1043515 EXIT CELL LF-17. MAYSONET WALKED
          TOWARDS THE STAIRWELL. SGT GRAHAM GAVE MAYSONET A DIRECTIVE
          TO RETURN TO HIS CELL THAT IT WAS NOT HIS SCHEDULED REC TIME
          OFFENDER MAYSONET REFUSED TO COMPLY AND BECAME VERY ARGU-
          MENTIVE. AT THIS TIME SGT. GRAHAM ADMINISTERED OC PEPPER
          SPRAY TOWARDS THE OFFENDER MAYSONET'S FACIAL AREA. THE
          OFFENDER TURNED AND RAN UNDER THE STAIRS WHERE HE WAS
          OBSERVED PULLING SOMETHING FROM HIS WAISTBAND. SGT.GRAHAM
          THEN ADMINISTERED ANOTHER BURST OF OC PEPPER SPRAY. OFFENDER
          MAYSONET LUNGED TOWARDS SGT. GRAHAM. SGT. GRAHAM TOOK A
          STEP BACK CREATING DISTANCE BETWEEN HIM AND THE OFFENDER.
          THE OFFENDER STRUCK SGT. GRAHAM ON HIS LEFT ARM WITH A
          HOMEMADE KNIFE. SGT.GRAHAM ATTEMPTED TO PUSH MAYSONET OFF
          OF HIM TO PREVENT BEING STABBED AGAIN. OFFENDER MAYSONET
          STARTED RUNNING WITH THE WEAPON, SLIPPED AND FELL TO THE
          FLOOR. SGT.GRAHAM PULLED AND DEPLOYED HIS CEW. IT DID NOT
          CONNECT.SGT.GRAHAM FELL BUT WAS ABLE TO DEPLOY HIS CEW A
          SECOND TIME FROM THE FLOOR TO ATTEMPT GAINING COMPLIANCE
          AND PREVENT ANOTHER ASSAULT. OFFENDER MAYSONET RAN TOWARDS
          THE FRONT OF THE POD. SGT GRAHAM ENTERED THE DEF POD
          CORRIDOR WHERE OFFENDER MAYSONET RAN WITH THE WEAPON STILL
          IN HIS HAND. SGT.GRAHM DREW HIS BATON AND EXPANDED IT AND
          GOT IN A STANCE,AT THAT TIME OFFENDER MAYSONET RAN TOWARDS
          HIM WITH THE WEAPON. SGT. GRAHAM CONDUCTED A FORWARD STRIKE
          TO THE OFFENDERS UPPER SHOULDER AREA. TWO MORE STRIKES WERE
          CONDUCTED TO GAIN COMPLIANCE. SGT. GRAHAM SECURED HIS CEW
          AND PLACED HIS BATON AT LOW PROFILE. HE THEN PLACED HIS
          RIGHT HAND ON OFFENDER MAYSONET'S BACK SECURING HIM TO THE
          FLOOR UNTIL RESTRAINTS WERE PLACED ON. SGT. GRAHAM SEEKED
          OUTSIDE MEDICAL ATTENTION DUE TO INJURIES SUBSTAINED
          DURING THIS INCIDENT.
          THE FOLLOWING OFFICERS STATED ON 4/27/23 AT APPROXIMATELY
          0430 HOURS THEY DID NOT ASSAULT OR USE PROFANITY TOWARDS
          OFFENDER MAYSONET: OFFICERS VESHINSKI, JACOBS, OSUNA,
          GHOLSTON AND WATTS. SGT. A. TOLBERT STATED HE HAD NO
          KNOWLEDGE OF ANY ASSAULT OR DEROGATORY LANGUAGE. OFFICER
          J.CARTER STATED HE ASSISTED WITH THE ESCORT OF OFFENDER
          MAYSONET TO MEDICAL, NO ASSAULT OR PROFANITY WAS USED.
          BASED ON INFORMATION GATHERED, OFFENDER MAYSONET IS BEING
          CHARGED WITH DISCIPLINARY INFRACTIONS A03,A24 AND B25.
          OFFENDER HAS BEEN MADE AWARE OF THE CHARGES. THIS
          INVESTIGATION IS BEING REFERRED TO DHO FOR FUTHER

Beating me ~~which~~ with the stick

beating me drubbing me

plentifully kicking me

INMATE NAME: MAYSONET, NELSON O. NCDOC#: 1043515
DISPOSITION.

---

I HEREBY WAIVE MY RIGHT TO 24 HOURS WRITTEN NOTICE BEFORE MEETING THE HEARING OFFICER.

INMATE'S SIGNATURE: _____ DATE: _____

IS STAFF ASSISTANCE REQUESTED?: N  STAFF ASSIGNED:

MY RIGHTS WITH REGARD TO THE DISCIPLINARY HEARING AND REVIEW HAVE BEEN EXPLAINED TO ME AND I HEREBY ACKNOWLEDGE RECEIPT OF THESE CHARGES.

INMATE'S SIGNATURE: _____ DATE: _____

---

B. SUPERINTENDENT'S DECISION:

OFFENSE: I: A03 II: A24 III: B25
INMATE PLEA: NO PLEA NO PLEA NO PLEA

C. HEARING OFFICER'S DECISION:

OFFENSE: I: II: III:
INMATE PLEA:
ACTIVATE SUSPENDED SENTENCE DATED: FOR ARTICLE(S)

---

| I. | II. | III. |
|---|---|---|
| OFFENSE CLASS& NO: A-03 | OFFENSE CLASS& NO: A-24 | OFFENSE CLASS& NO: B-25 |
| 0 DAYS RHDP | 0 DAYS RHDP | 0 DAYS RHDP |
| SUSPEND MONTHS | SUSPEND MONTHS | SUSPEND MONTHS |
| DAYS CRED TIME LOSS | DAYS CRED TIME LOSS | DAYS CRED TIME LOSS |
| SUSPEND 0 MONTHS | SUSPEND 0 MONTHS | SUSPEND 0 MONTHS |
| 0 HOURS EXTRA DUTY | 0 HOURS EXTRA DUTY | 0 HOURS EXTRA DUTY |
| SUSPEND MONTHS | SUSPEND MONTHS | SUSPEND MONTHS |
| SUSPENSION OF | SUSPENSION OF | SUSPENSION OF |
| PRIVILEGES DAS | PRIVILEGES DAS | PRIVILEGES DAS |
| SUSPEND MONTHS | SUSPEND MONTHS | SUSPEND MONTHS |
| DEMOTE TO: | DEMOTE TO: | DEMOTE TO: |
| SUSPEND MONTHS | SUSPEND MONTHS | SUSPEND MONTHS |
| MONTHS DRAW LIMITED | MONTHS DRAW LIMITED | MONTHS DRAW LIMITED |
| SUSPEND MONTHS | SUSPEND MONTHS | SUSPEND MONTHS |

---

APPROVED BY: DJL16 - DAVIS, JOY L ON 05/24/23 AT 15:23 (UNIT)

FACILITY HEAD/DESIGNEE REVIEW:

---

SIGNATURE: _____ DATE: _____

Maysonet

C-210



# North Carolina Department of Adult Correction

Roy Cooper, Governor

Todd E. Ishee, Secretary

## DC-410 Screening Response

**Regarding Grievance No.: 3980-2023-HCCU--22286**
**Received:  07/25/2023**

**Inmate:    MAYSONET, NELSON O - 1043515**
**Location:  3980-GRANVILLE CI - HCCU-210**

The grievance you have submitted is being rejected for the following reason:

- Action not yet taken

Rejection Justification:

The Administrative Remedy Procedure, Section .0300 of the North Carolina Department of Adult Correction
Prisons Policy and Procedures, provides:
.0306 Rejection of Grievances
(c) . . . a grievance may be rejected at any level if:
(1) The grievance concerns an action not yet taken or a decision which has not been made.

| 07/25/2023 | THREAT, ALFREDA N. |
|---|---|
| Date | Staff Electronic Signature |

cc: CTS



| **MAILING ADDRESS:** | | **OFFICE LOCATION:** |
|---|---|---|
| 1001 VEAZEY RD. | | 1001 VEAZEY RD. |
| BUTNER, NC 27509-1649 | | BUTNER, NC 27509-1649 |
| | | Telephone: (919)575-3070 |
| | | Fax: (919)575-3090 |

WWW.NCDPS.GOV          An Equal Opportunity Employer

My Copy plesse

DC–410 (Rev. 02/22)

Follow-up from Grievance 6/22/2023

**NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY**
**PRISONS**
**ADMINISTRATIVE REMEDY PROCEDURE**

Facility

Offender Name: Nelson Maysonet          Offender #: 1043515

Location: ~~Scotlan C.I.~~ HCCU-210          Date: 7-22-2023

Grievance Statement: On 04-27-23 At Approximately 0430 or 0500 Am The following officer Assault Inmate Maysonet Nelson/ segregation Officer from Scotlan C.I.: Veshinski, Jacobs, Osuna, Gtbl-ston, watts and Sgt A Tolbert / This officeis scorted Me Maysonet from Red uned II Floor To medical Aria wit my Hands Restraints Behind My back, No injuried Before going into Medical aria. Wasint Nothig wrong with Me No injuried. But as soon as I was in medical Aria for not Reason, They beat Me so badly drubbing me, plentifully Kicking Me, Beating me with The Stiek Breaking My Head causing 8 stitce and 5 score Points on My Head and livie me Bruses oll of My body also I seeked out side medical at Scotlan Hospital due to The injuries used by This Mentiones officer's at scotlan C.I segreation officers

What remedy would resolve your grievance?: I want this Grievence To be accepted and be review process by scotlan officer not for Bullard, william L. or any offisor at Granvile C.I also I whant video from Medical Aria at scotlan C.I and Not to be Hide. this investigation of this incident reference to exressive force has been addressed ~~~~ ← N.O.M. → Ingram Jerry 6/15/20~~ ~~~~ I need My copy of this Grievance, and oll step response from The Grievance Resolution Bard .and oll

Offender Signature: ~~May Nelson~~ #1043515     7/22/2023          Follow-up Grievance steps
~~Nelson~~ #1043515

---

## OFFICIAL USE

Date received: 7 25 23

Receiving Officer Signature

BISOI

Staff ID

Facility #: 3980     Year: 2023     Housing #: HCCU     Sequence #: 22286

Distribution: White - Facility Copy; Pink - Offender Copy

New Copy
Grivins
6/22/23

Also Grievance No: 3980-2023. Hccy 22225
Recived 05/21/23
6/15/23 Ingram. Jerry J. Cap.

On 04/27/23 AT Approximately 0430 or 0500 AM ~~officers from segregation~~ The following officer's Assault INMate MAysonet-Nelson o. ~~This officer name~~ Segregation officer: VESHINSKI, JACobS, OSuna, GHolston, wAtts and Sgt. A Tolbert.

This officer's Scorted me from Red uned II Floar Floar to medical Aria wit my Hands Restraints Behind my back. No injuried Before going into medical Aria. ~~wasint~~ wasint Nathing ~~no~~ wrong with me no injurried. But as Soon ~~as~~ as I was in Medical. Excessive force used by officer's for not Reason, beat me so badly drubbing me, Plentifully kicking Me, Beating me with the Stiels Breaking my Head Causing 8 Stitce and 5 score points on My Head and Livie Bruses oll of My body. I seeked out side Medical at Scatlan Hospital due to the injuries Sub stained During The Excessive force used by the correctional officers staff.

This following officer's are violating the policies and Procedres and thy need to be RePrimanded in accordance with those Policies and Procedure. and any video fotoge from Medical Aria or any information in Referonce to this EXcessive force used by correctional officers staff incident which occurred on April 27 2023 medical Aria. Has to be obtained with the Appropriate Court do Cumentation through the LeGAl Process. Also ~~only one outsewarse at present by Her self. Also one nurse~~ only are ~~present in Medical aria no on inl~~ incident ~~date~~ Also in Medical aria are only one nurse present dad date.

<u>what Remedy would Resolve you grievance?</u>

I whant officer smith or any investigath officer from scatlan C.I. To Not Hide any video Fotoge of this incident, specially video From Medical Arfa. where whence The Excessive force by Correctional staFF has been addressed.

↳ There Is video Camara rotage in Medical arfa

oll the video from Red uncd II Floar
oll the whelth To medical Arfa

Cap Ingram Cap Coventon Cap. Gots Gouls Cap Larcklyen
Luternet washinton Luten Davis Erni Cap and Lutern
Sg Know me Im a Good Inmaid and work Hard
as Barbor fir 10 Year in Sxtlan C I.

Lacklear

INMATE NAME: MAYSONET, NELSON O.          NCDOC#: 1043515
OFFENSE DATE: 04/27/23    TIME: 04:30     LOCATION: SCOTLAND CI
HEARING DATE: 06/05/23    TIME: 09:30     LOCATION: GRANVILLE CI

SUMMARY OF ALL INFORMATION, EVIDENCE, OR STATEMENTS DEVELOPED AT THE HEARING
RELATING TO GUILT OR INNOCENCE:

OFFENDER INITIALLY REQUESTED STAFF ASSISTANCE; HOWEVER HE
ELECTED TO DECLINE ONCE HE REFUSED TO ATTEND THE HEARING.
\*\*\*

ON 04/27/23 AT APPROXIMATELY 0430 HRS SGT LENWOOD GRAHAM
REPORTED WHILE ASSISTING STAFF WITH COLLECTING TRAYS FROM
BREAKFAST MEAL IN F-POD RED UNIT HE OBSERVED OFFENDER
NELSON MAYSONET #1043515 EXIT CELL LF-17. MAYSONET WALKED
TOWARDS THE STAIRWELL. SGT GRAHAM GAVE MAYSONET A DIRECTIVE
TO RETURN TO HIS CELL THAT IT WAS NOT HIS SCHEDULED REC TIM
OFFENDER MAYSONET REFUSED TO COMPLY AND BECAME VERY ARGU-
MENTIVE. AT THIS TIME SGT. GRAHAM ADMINISTERED OC PEPPER
SPRAY TOWARDS THE OFFENDER MAYSONET'S FACIAL AREA. THE
OFFENDER TURNED AND RAN UNDER THE STAIRS WHERE HE WAS
OBSERVED PULLING SOMETHING FROM HIS WAISTBAND. SGT.GRAHAM
THEN ADMINISTERED ANOTHER BURST OF OC PEPPER SPRAY. OFFENDE
MAYSONET LUNGED TOWARDS SGT. GRAHAM. SGT. GRAHAM TOOK A
STEP BACK CREATING DISTANCE BETWEEN HIM AND THE OFFENDER.
THE OFFENDER STRUCK SGT. GRAHAM ON HIS LEFT ARM WITH A
HOMEMADE KNIFE. SGT.GRAHAM ATTEMPTED TO PUSH MAYSONET OFF
OF HIM TO PREVENT BEING STABBED AGAIN. OFFENDER MAYSONET
STARTED RUNNING WITH THE WEAPON, SLIPPED AND FELL TO THE
FLOOR. SGT.GRAHAM PULLED AND DEPLOYED HIS CEW. IT DID NOT
CONNECT.SGT.GRAHAM FELL BUT WAS ABLE TO DEPLOY HIS CEW A
SECOND TIME FROM THE FLOOR TO ATTEMPT GAINING COMPLIANCE
AND PREVENT ANOTHER ASSAULT. OFFENDER MAYSONET RAN TOWARDS
THE FRONT OF THE POD. SGT GRAHAM ENTERED THE DEF POD
CORRIDOR WHERE OFFENDER MAYSONET RAN WITH THE WEAPON STILL
IN HIS HAND. SGT.GRAHM DREW HIS BATON AND EXPANDED IT AND
GOT IN A STANCE,AT THAT TIME OFFENDER MAYSONET RAN TOWARDS
HIM WITH THE WEAPON. SGT. GRAHAM CONDUCTED A FORWARD STRIKE
TO THE OFFENDERS UPPER SHOULDER AREA. TWO MORE STRIKES WERE
CONDUCTED TO GAIN COMPLIANCE
\*\*\*

OFFENDER REFUSED TO ATTEND THE DISCIPLINARY HEARING.  A
DC138G & DC138B WAS COMPLETED, IN WHICH THE I/M REFUSED TO
SIGN. THIS WAS WITNESSED BY JTM14 AND WRX59.
\*\*\*

OFFENDER REQUESTED STATEMENTS FROM SCOTLAND HOSPITAL AND
E AND F PODS OFFENDERS.
\*\*\*

DHO DENIED THE REQUEST FOR SCOTLAND HOSPITAL DUE TO
RELEVANCE AND PATIENT CONFIDENTIALITY. STATEMENTS FROM THE
HOSPITAL WOULD NOT BE RELATED TO THE INCIDENT AT THE
FACILITY.
\*\*\*

INMATE NAME: MAYSONET, NELSON O.            NCDOC#: 1043515
OFFENSE DATE: 04/27/23    TIME: 04:30      LOCATION: SCOTLAND CI
HEARING DATE: 06/05/23    TIME: 09:30      LOCATION: GRANVILLE CI

SUMMARY OF ALL INFORMATION, EVIDENCE, OR STATEMENTS DEVELOPED AT THE HEARING
RELATING TO GUILT OR INNOCENCE:

DHO DENIED THE REQUEST FOR E AND F POD OFFENDERS DUE TO
THE OFFENDER NOT INDICATING NAMES AND OR BED NUMBERS.
***

OFFENDER REQUESTED OFFENDERS IN E AND F POD AS LIVE
WITNESSES.
***

DHO DENIED THE REQUEST DUE TO THE OFFENDER NOT INDICATING
NAMES OR BED NUMBERS.
***

OFFENDER REQUESTED CAMERA FOOTAGE AS EVIDENCE.
***

INMATE MAYSONET STATES THE DAY BEFORE I CAME OUT MY
CELL. THEY TOOK MY MATTRESS AND LIKE 20 MINUTE LATER THEY
CAME BACK TO MY CELL IN TOOK ALL MY PROPERTY AND SPRAYED
INSIDE MY CELL F-17 AND SHUT THE FOOD TRAP LEAVING ME INSID
MY CELL. I REQUEST TO SPEAK TO OIC AND MEDICAL ATTENTION
NEXT DAY I CAME OUT FOR BREAKFAST IN ASKED FOR MEDICAL AND
TO SEE THE OIC AGAIN SEE CAMERA F-17 SGT HE SPRAYED ME FOR
NO REASON I WAS ESCORTED TO MEDICAL WITH MY HANDS BEHIND
MY BACK WASNT NOTHING WRONG WITH ME. OFFICER FROM
SERGREGATION ESCORTED ME AS SOON AS I WAS WALKING IN MEDICA
THEY BEAT ME SO BADLY UNITL I BLACKED OUT AND SANT TO
SCOTLAND HOSPITAL. THEY BEAT ME AND I HAVEN MY HANDS BEHIND
MY BACK STILL UNITL I BLACKED OUT AND SANT TO HOSPITAL
THANKS.
***

OFFICER SMITH STATES THAT SHE VIEWED VIDEO FOOTAGE OF THE
INCIDENT ON 04/27/23 FOR INMATE MAYSONET NELSON AND INMATE
MAYSONET DOES APPEAR TO BE REFUSING ORDERS WHILE IN THE POD
GIVEN BY STAFF AT THIS TIME FORCE WAS USED AND INMATE
MAYSONET DID ASSAULT STAFF. INMATE STATED HE WAS NOT
INJURIED BEFORE GOING INTO MEDICAL HOWEVER THE CAMERA SHOWS
INMATE MAYSONET DID RECEIVE INJURIES DURING THE INCIDENT
BEFORE ENTERING MEDICAL. DUE TO NO CAMERAS IN MEDICAL
ADDITIONAL STATEMENTS WERE OBTAINED FROM ATTENDING STAFF.
***

DHO REVIEWED THE VIDEO FOOTAGE AND IS SHOWS OFFENDER
MAYSONET LUNG AT THE OFFICER WITH WHAT APPEARS TO BE A
WEAPON USING IT IN A STABBING MOTION. OFFENDER THEN
RUNS AND FALL. THE OFFICER ATTEMPTS TO GO AFTER THE OFFENDE
AND FALL ALSO. THE OFFENDER BEGIN TO RUN TOWARDS THE
POD DOOR AND ANOTHER OFFICER CAN BE SEEN COMING IN. OFFENDE
THEN RUNS TOWARDS THE OFFICER SWINGING THE WEAPON IN A
STABBING MOTION CAUSING THAT OFFICER TO FALL.
***

INMATE NAME: MAYSONET, NELSON O.          NCDOC#: 1043515
OFFENSE DATE: 04/27/23   TIME: 04:30     LOCATION: SCOTLAND CI
HEARING DATE: 06/05/23   TIME: 09:30     LOCATION: GRANVILLE CI

SUMMARY OF ALL INFORMATION, EVIDENCE, OR STATEMENTS DEVELOPED AT THE HEARING
RELATING TO GUILT OR INNOCENCE:
          THE DISCIPLINARY PACKAGE WAS REVIEWED IN ITS ENTIRETY.
          A PLEA OF "NO PLEA" WAS ENTERED ON BEHALF OF OFFENDER.
          AFTER REVIEW OF THE PACKAGE AND BASED ON THE REPORTING
          PARTY'S STATEMENT AND THE INVESTIGATING OFFICER'S REPORT,
          OFFENDER IS FOUND TO BE GUILTY OF THE A03 & B25 OFFENSE.
          SANCTIONS IMPOSED ARE CONSISTENT WITH CURRENT DISCIPLINARY
          POLICY.
          OFFENDER WAS PROVIDED A COPY OF THE RECORD OF HEARING,
          SANCTIONS & APPEAL FORM. THIS WAS WITNESSED BY TTS11.
          CONTRABAND WAS HANDLED PER NCDAC POLICY.
          ***
          THE CHARGE OF A24 IS BEING DISMISSED DUE TO THE A03 CHARGES
          COVERES THE POSSESSION OF THE WEAPON.
          ***
          WARDEN S. JACOBS WAS ADVISED VIA EMAIL OF THE REASONS
          AND SPECIFICS.
          ***
          ASSOCIATE WARDEN KERNS AT GRANVILLE CI WAS ALSO ADVISED OF
          THE DISMISSAL.

HEARING OFFICER DECISION:
     OFFENSE:   I. A03          II. A24          III. B25
                   GUILTY           DISMISSED          GUILTY

HEARING OFFICER: HBT06 - HARRIS, BRYON, T.
     RECORDER: TTS11 - THOMPSON, TIFFANY S.

INMATE SIGNATURE: _____ ORLY _____          DATE: 6/5/23

ISSR158 (58)       DIVISION OF ADULT CORRECTION/PRISONS SECTION
                        INMATE DISCIPLINARY APPEAL

INMATE NAME: MAYSONET, NELSON O.                OPUS#: 1043515

DATE/TIME OFFENSE: 04/27/23 04:30               OFFENSE LOCATION: 4860

APPEAL OFFENSE(S): A03 B25                       HEARING LOCATION: 3980

DHO: HARRIS, BRYON, T.                           DATE/TIME HEARING: 06/05/23 09:30

To appeal a Disciplinary decision, the following information is to be completed
by the inmate detailing why he/she wishes to appeal the decision of the DHO.
Additional information may be attached using any paper available to the inmate.

APPEAL STATEMENT (reason)  to be completed by inmate

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

INMATE SIGNATURE: _____ DATE: _____

ALL APPEALS "MUST" BE RECEIVED IN THE COMMISSIONER'S OFFICE AT THE ADDRESS SHOWN
BELOW WITHIN 15 CALENDAR DAYS OF THE DATE OF HEARING.   THIS APPEAL LETTER MAY BE
MAILED WITHOUT POSTAGE.  ALL APPEALS "MUST" BE COMPLETED ON THIS FORM.

THIS FORM AND ANY ATTACHMENTS MUST BE RECEIVED AT THE ADDRESS BELOW WITHIN
15 CALENDAR DAYS.

                    PETER R. BUCHHOLTZ, COMMISSIONER
           DIVISION OF ADULT CORRECTION/PRISONS SECTION
                    831 W. MORGAN STREET
                    4260 MAIL SERVICE CENTER
                    RALEIGH, N.C.  27699-4260

Your case will be reviewed and an electronic decision will be forwarded to your
housing facility, which will be forwarded to you via Correctional Staff.

Staff Signature: _____ Date: _____

scatalan
Asdto office

Copy 5/9/23

El 26 de Abril coma alas 9:00 Rm El sargento de scotlan
C.I. Red uned D,E,F,Pod me quito mi matre y Toda
mi Propiedad me esprello con peper spry y me dejo toda
la noche en mi Cell F·17, al dia sigiente ~~en el desayuno~~
~~abrieron las puertas~~ para servirno abrieron las puertas para
el desayuno yo me sali de mi Bell F17 y me dijieri acia
El Sargento on Duty le dije que yo nesecito ablar con
oIC el mango mi peticion 3 beses me borbio a
spreyar con pepu spicy ~~Rbkeos Rebectra~~ Negandome
mi peticion OIC, luego de una (        ) los offici
ales de Segregation Hawsin y El Sargento on Daty
me arestaron En E pop poniendome las Esposas ala
parte de Atras y gorpiandome. los oficiales ~~se~~ de
Seg Hawsin me Escortaron asta medico aria y en
cuanto yege al Medico me gorpiaron me Rajaron la
cabesa en 2 diferentes aria asiendome moretones en
Todo mi cuerpo y luego me yebaron al medico de
Emergencia en el Hospital de scatlan. luego que
medieron de alta en el Hospitar Regresamos a scatlan
C.I. mientras yo esperaba en la van (wuawa) me
Trajeron ~~mis~~ 2 borsas de propiedad No 160

Me Transladaron para Granville C.I H.com
me prosesaron y asta el dia de hoy No e tenido
mis propiedades ni mean traido mi 160,

El ~~5/4/2023~~ me accusaron of violatin por un celular
4/29/23.
encontrado en mi propiedad.

Asdto soj /1

yo tengo que Re escribir en Griuln pin new
Grivir      Copy                     5/9/23      MY/COPY

El 26 de Abril Hora como a las 9:00 PM or 8:30 pm El Sarjento on Duty Red uned DEF pod Regular population II Floar from Scotlan C.F me quito mi corchon (Matre) y Toda mi Propiedad No dandome un paper 160 property Espreyandome con peper Sprey dejandome en mi Cuarto Toda la Noche asta El desayuno Date 27 de April Time 4:00 AM or 4:30 AM/ en 27 de Abril 2023 yo me sali de mi Cuarto ya que abrieron las puertas para El desayuno Cel F17 Red uned y me diriji acia el Sargento on Duty y 27.23 Time 4:00 An Aicuesting Hem para ablar con (O I C) El Sargento negandome mi peticion 3 beses me Spreyo con peper Sprey Tuve una ( ____ ) y Sargento ~~~~ me diriji a E pod modificada y los officiales de Segregation Hausin me arestaron con las manos atras y me gorpiaron en E pod Red uned Regular population Modificada.. los 5 officiales y El Sargento de Seg. me Escortaron yebaron al medico y en cuanto yege al medico me gorpiaron Causandome moretones en todo mi cuerpo y Bajandome la Cabesa en 2 diferentes Aria (medico Recoll Scatlan Hospital)... El 27 de Abril 2023 ~~se~~ Emergencia Hospital de Scatlan medio de Alta Begresamos a Scatlan C.I. Mientras yo esperaba en la Van (wuawa) (Carro). ~~me teas~~ me Trajieron ~~Scatlan mi~~ 2 borsas de propiedad No 160 or ani Signature

        me Transladaron para Granville C.I poniendome en It.com me prosesaron y asta El dia de hoy ( / /2023 yo No e Recivido 160 Ni Mean entregado mis propiedades
        El dia 4/29/2023 I been accused of violating offender conduct rules and an investigation has begun Por un Celular on my

Property... que yo desconosco... y aun no e Tenido 160 ni ninguna de mis propiedades o Legal Materiar or Boocks Ext.

High why

what Remedy would resolve your grievance?

Copy
Appelacion
Ralhey NC

Add→ Commissioner Division of Adult
Correction/Prisons section
831 W. Morgan St
4260 Mail Service center
Raleigh NC 27699-4260

On 4/27/2023 At Approximately 8:30 pm to 9:00 pm I have (HAD) Altercation with the officer from scotlan CI Bed uned F pod II Floar Segragation Aria Transferng officer sent me to scotlan Hospital Emergencia Aria after Transfer me from scotlan CI, to Granville CI with NO DC 160 papers for Prisons Personal Property Inventory "Procedure For Recording Personal Property, no copy of any indentifying Labels on any item. No Admissions officer were required to write my personal property I can Look for any labels or Describe the condition or any write of Brief Description not Description of my personal property made by Admissions officer from Scotlan C I befor Tranfer Me no 160 DC to Sign a detetailed thorough list. no officer name Print or officer signature or Date not Acknowledge the Accuracy or completeness of a any Inventory not

Inmate signature opus # or Date, NO certifyed that I have Recived the above listed Articles of my personal property in the condition specified fron officer at scotlan C.I. and Tramfer me Here whit to bag of ? my property. I still not (Dont) have all my Legal material or property also I have 2 yellow Envelops that it not (Dont) belongs to me on my property and the are on my posecion.. I belivae that officer at scotlan CI put a Phon in my property or And I belivae or Are not my Legal material and belongs to another Inmate from scotlan CI . I'm only sign signed a DC160 from officer's name A. Threat, Date 4/29/23 at Granville C I She was inspecting An Envelope marked Legal Mail that Felt like Somthing solid was inside and She Discovered a Cellular Device in the Envelope. That I belivae th it's bebong to another Inmate property at scotlan CI Seg.

DHO Denied the Bequest For DC·160 As Evidence because scotlan CI officer Tranfer Me here whit not DC 160 to Pro

Further Information. also, my Inglish not that
good I belivae that DHO do not undestaing unde
what I sey about Request For DC·160 As Eviden
not from Granville CI also from scotlan C I offi
to be Sure that are My property.

God know that this legal material whit
the cellular that officer A threat Discovered
in that Envelope not belong to me

                                        Thank's

also loock DC-410 screening Repponse
Regarding Grievance NO: 3980-2023-HCCU-22225
Received 05/21/2023
Inmate: Maysonet Nelson O. - 1043515
Location 3980-Granville CI - HCCU-210
Date 05/21/2023
staff Electronic Signature = ThReAt. ALFreda N.

          "also"
DC-160
Inventory officer's name ThReAt ALFreda N.

I Send Grivins 5/9/23
Recived Grivins 5/21/2023
DC160 Recived I acknowledge 5/15/23

## MEDICAL COMMUNICATION TO OFFENDERS

NAME: Maysonet, N

OPUS# 1043515

LOCATION: C1 - C115

DATE: 9/11/24

1. The following medications were ~~renewed~~ Submitted for renewal by the provider today: 9/11/24
   Sebulex Shampoo, ~~Flucino~~ Fluocinoide Solution, Hydrocortisone Cream 2.5, Sarna Lotion. Cetirizine HCl. Provider was told that you would like Crest mouthwash but I dont know if that is something our pharmacy has. If not your Biotene mouth wash has been requested to be refilled.

2. The provider performed a review of your medical chart today.

   A. There were changes made to your current treatment plan.
   B. No changes were made to your current treatment plan.

3. The UR request for _____ was denied on _____ (date).

4. Your lab test results were within normal limits.

5. Your recent X-Ray results were within normal limits.

6. Other: _____
   _____
   _____
   _____

*If you have questions, please submit a Nurse Sick Call Appointment Request Form DC-602.*

The mineral oil / Petrolatum (vaseline) is at the discretion of Custody staff about (in refrence) to it being a KOP. Please talk with custody about this. Do request your medication Nurse to bring some to you as you need it.

P.R.
Maysonet          (Vaselin need id)          9/14/24 LSC
                                             RECEIVED

GRANVILLE CORRECTIONAL INSTITUTION
OFFENDER REQUEST FOR INFORMATION

Name: _Nelson Maysonet_  OPUS #: _1043515_  Date: _9 14 24_
To: _My Medication Nurse_  Assigned Case Manager: _?_
Housing Area: _CI-E115_

Mark an "X" beside the name of the person whom you wish to respond to your problem/request.

___ Case Analyst                              Contact your Case Analyst first if you are PROCESSING

___ Case Manager                             Contact your Case Manager first on any issue

___ Officer Knight/Ofc. Capehart             ID Cards (Damaged / Lost / Stolen)

___ Mrs. E. Greene, Programs Director         Classification / Transfers

___ Offender Assignment Coordinator           Offender Assignments / Jobs

~~Dr. Rouse, Dental Supervisor~~             Dental          To (My Medication Nurse)

(Ms. L. Parker Nurse Supervisor II)          Medical

___ Chaplain(s) Eldridge / Fox               Religious assistance / Counseling / Resources

_____, Administrative Officer III   Trust Fund

___ Mr. S. Fraser, Food Service Manager       Food Service / Dietary Needs

___ Ms. Murtagh, Principal                    School / Vocational / Academic Issues

___ Ms. D. May, Psychological Svc. Mgr.       Mental Health

___ Sgt. Evans, Clothes House / Warehouse     SRG (Gangs)

___ Officer T. Jones, Canteen                 Mail/Canteen

___ Mr. J. Williams, Assoc. Warden/Operations Clothing

___ Mr. B. Cooper, Assoc. Warden/Special Housing  Custody Staff / Housing / Property / Disciplinary Issues

___ Ms. J. Kerns-Correll, Assoc. Warden/Programs   HCON / Single Cell I

                                              Visitation / Recreation / Medical / Diagnostics/Academics/Dental

Purpose of Request:

_I Request a Kop of The Mineral oil/ Petorolatum (Vaseline)  I Request my Medication nurse to bring some (Vaseline Kop) to me from "Dermatologe"_

_I Need vaseline I Have bad Problen skinj.. Thanks._
                                 (Use back of page if necessary)

---------------------------------------- Do not write below this line ----------------------------------------

Date: _9/14/24_     Comments: _Mr. Maysonet,_
_According to the computer, it was last filled on 8/27/24. When I am in HCON, I will check your bin and see if it is here and has simply not been given to you._
                    _Thank you for your patience!_
                    _Lee S Cofer, RN_

Updated: 11/13/2023

Case 1:26-cv-00256-TDS-LPA    Document 2    Filed 03/13/26    Page 41 of 66

```
NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION          06/05/23
IBSR140 (60)           TRUST FUND ACCOUNT STATEMENT                 18:09:35
                    FACILITY: 3980  - GRANVILLE CI                  PAGE  399
                       FOR: 05/29/23 - 06/05/23

    ACCT. NAME: MAYSONET, NELSON O.                    ACCT#: 1043515
           BED: HCCU-210                               TYPE: INMATE

        ENDING BALANCE 06/05/23  $      0.00  INCLUDES CANTEEN LIMIT OF $ 0.00

       BATCH                        REFERENCE
    DATE   NBR.      TYPE           NUMBER    FACL  +/-  AMOUNT        BALANCE

                                        BEGINNING BALANCE      $        0.00


    DEBT    DEBT                                   AMOUNT OF        AMOUNT
    DATE    TIME   TYPE OF DEBT                       DEBT       STILL OWED
    -------- -----  ------------------------------- -------------- --------------
    05/22/23 08:56 ADM FEE    -CASE#4/29/2313:00     $     10.00 $      10.00
    05/25/23 07:33 DENTAL     -Dental Tx Encounter   $      5.00 $       5.00
    06/05/23 09:43 ADM FEE    -CASE#4/27/2304:30     $     10.00 $      10.00

    THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
    BETWEEN 05/29/2023 AT 01:01:01 AND 06/05/2023 AT 18:09:35.

    ENDING BALANCE IS THE BALANCE AS OF MONDAY,    JUNE       5, 2023 AT 18:09:35.
```

Por el sprey
Danos en mi skin?
face an bodi/

**MEDICAL COMMUNICATION TO OFFENDERS**

NAME: Maysonet, Nelson

OPUS# 1043515

LOCATION: C210 - HCON

DATE: 4/2/24

1. The following medications were renewed by the provider today:

_____

_____

2. The provider performed a review of your medical chart today.

   A. There were changes made to your current treatment plan.
   B. No changes were made to your current treatment plan.

3. The UR request for _____ was denied on _____ (date).

4. Your lab test results were within normal limits.

5. Your recent X-Ray results were within normal limits.

6. Other: Your Cocoa butter, Selenium Shampoo and Triamcinolone cream was ordered on 4/1/24.

*If you have questions, please submit a Nurse Sick Call Appointment Request Form DC-602.*

Case 1:26-cv-00256-TDS-LPA    Document 2    Filed 03/13/26    Page 43 of 66

```
   ACCT. NAME: MAYSONET, NELSON O.                    ACCT#: 1043515
         BED: HCCU-210                                 TYPE: INMATE

        ENDING BALANCE 06/12/23  $      0.00  INCLUDES CANTEEN LIMIT OF $ 0.00
```

| BATCH DATE | NBR. | TYPE | REFERENCE NUMBER | FACL | +/- | AMOUNT | BALANCE |
|------------|------|------|------------------|------|-----|--------|---------|
| | | | BEGINNING BALANCE | | | $ | 0.00 |

| DEBT DATE | DEBT TIME | TYPE OF DEBT | | AMOUNT OF DEBT | | AMOUNT STILL OWED |
|-----------|-----------|--------------|---|---------------|---|-------------------|
| 05/22/23 | 08:56 | ADM FEE | -CASE#4/29/2313:00 | $ | 10.00 | $ | 10.00 |
| 05/25/23 | 07:33 | DENTAL | -Dental Tx Encounter | $ | 5.00 | $ | 5.00 |
| 06/05/23 | 09:43 | ADM FEE | -CASE#4/27/2304:30 | $ | 10.00 | $ | 10.00 |

```
THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
BETWEEN 06/05/2023 AT 01:01:01 AND 06/12/2023 AT 18:02:18.

ENDING BALANCE      BALANCE AS OF MONDAY,     JUNE     12, 2023 AT 18:02:18.
```

_...ient perdido por el Asalto scatlan_



NAME: Maysonet, Nelson (1043515)
DRUG: Gauze
DATE: 5.25.23
Replace every 30 min for bleeding.

Dientes Dentista

mouth three
(Do not
...PHEN ER 650MG
ARTHRITIS

DC-138B
Rev. 1/18

*Copy*

*(sargento "*
*statement)*

# STATEMENT BY WITNESS

Staff ☐ Offender ☑ Other☐ Name: **Nelson Maysonet**   NCDOC: (Offender Only) **104 35/5**

Position or Title of Witness: (Staff Only- Include Staff ID) _____

Name and OPUS Number of Accused Offender(s): _____

Name of Person Obtaining statement: _____

Date: _____   Time: _____

---

**FOR ACCUSED OFFENDER USE ONLY:**

I Request written statements be gathered in my behalf: ☑ Yes   ☐ No. If yes, list names: **Scotland hospital**
**E + F pod offenders**

I request live witness(es) be present at my hearing: ☑ Yes  ☐ No. If yes, list names: ~~...~~
**E + F pod offenders**

I request physical evidence be reviewed at my hearing: ☑ Yes  ☐ No **Video footage from pod + Medical**
**D, E, F, Hallway Camra And Kichen Starwell Camra** ~~...~~ **NM**
I request staff assistance at my hearing: ☑ Yes  ☐ No         Offender Initials: **N. M**

---

(Note: This statement must give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, names of other witnesses to the event, and if possible, any factual information relative to possible reasons for the misconduct.)

The day befor I came out my cell. They took my matress. ~~the...~~ 20 minute later
They came to my cell in took all my property & sprayed inside my cell & shut
the food trap, leaving me inside my cell. I request to speak to OIC
and medical attetion. I came out ~~for~~ Breakfast in asked for medical
and to see the OIC aigm. (see camira). He sprayed me for no reason.
I was escorted to medical with my hands behind my back was'nt nothing
wrong with me. As soon as I was walking in medical the beat me "badly"
and Told me "This is for fuck with our officer's". The beens me until I
Blacked out & sent to the hospital.

_____

_____

_____

_____

(Statement may be continued on an attached sheet.)

---

I have read the above statement and affirm that it is based on personal observation of the events described and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of witness _____   Date **5/4/23** Time _____

scatlan Asalto officer
2023

Gran

## Notice to Offender

You have been accused of violating the offender conduct rules and an investigation has begun.

**The following are your rights in the offender disciplinary process:**

1. You have a right to at least 24 hours advance written notice of the disciplinary charges before the hearing.

2. You have a right to be informed of the alleged misconduct, and to make verbal and/or written statements to the Investigating Officer.

3. You have a right during the investigation to request in writing to the Investigating Officer that a written witness statement(s) or evidence be gathered, or evidence or witness(es) be present at the hearing, if charges are referred. If you cannot write, you may request that the Investigating Officer transcribe your oral request(s) on the witness form, then sign and date the form. Failure to make requests on the offender witness form shall be deemed a waiver of such requests.

4. You have a right to request that the Facility Head/Designee appoint a staff member to assist you at the hearing.

5. You have a right to have the substance of the evidence read to you and the opportunity to explain or refute the evidence at the disciplinary hearing.

6. You have a right to appeal to the Prisons Director within 15 days from the date of the hearing.

7. Violation of these rights by staff may be grounds for dismissal of the charge(s).

8. You may waive these rights in writing or by overt refusal to cooperate with established disciplinary procedures associated with these rights.

9. You may request to waive a hearing before the Facility Head/Designee or Hearing Officer, acknowledge your guilt of the offense(s), waive your right to appeal and accept sanctions consistent with policy.

**CERTIFICATION: I FULLY UNDERSTAND AND ACKNOWLEDGE RECEIPT OF THIS NOTICE.**

| Nelson Maysonet | 1043515 | 4/27/23 | 0430 |
|---|---|---|---|
| (Print Offender name) | (OPUS#) | (Date of Offense) | (Time of Offense) |

| _May_ | 5/4/23 |
|---|---|
| (Offender Signature) | (Date) |

| | 5/4/23 |
|---|---|
| (Investigating Officer's Signature and OPUS ID) | (Date) |

Distribution: Facility files, Copy-Offender

(Altercation)
Srg.

A.  INMATE NAME: MAYSONET, NELSON O.                    NCDOC#: 1043515
    FACILITY:     SCOTLAND CI              #: 4860    DATE OF REPORT: 06/05/23
    CRIME ( ) MISD.      INMATE ACTIVITY AT     CUSTODY LEVEL AT     DATE OF OFFENSE
    CLASS (X) FELON      TIME OF OFFENSE: 1    TIME OF OFFENSE: 2    04/27/23
    SSA   (X)

    OFFENSE CLASS & NUMBER     I: A03          II: A24          III: B25
    SUMMARY : A 13 DAY EXTENSION WAS GRANTED BY SECURITY COORD.C.TORRES
              ON 5/12/23 AT APPROXIMATELY 1315 HOURS
              ON 04/27/23 AT APPROXIMATELY 0430 HRS SGT LENWOOD GRAHAM
              REPORTED WHILE ASSISTING STAFF WITH COLLECTING TRAYS FROM
              BREAKFAST MEAL IN F-POD RED UNIT HE OBSERVED OFFENDER
              NELSON MAYSONET #1043515 EXIT CELL LF-17. MAYSONET WALKED
              TOWARDS THE STAIRWELL. SGT GRAHAM GAVE MAYSONET A DIRECTIVE
              TO RETURN TO HIS CELL THAT IT WAS NOT HIS SCHEDULED REC TIME
              OFFENDER MAYSONET REFUSED TO COMPLY AND BECAME VERY ARGU-
              MENTIVE. AT THIS TIME SGT. GRAHAM ADMINISTERED OC PEPPER
              SPRAY TOWARDS THE OFFENDER MAYSONET'S FACIAL AREA. THE
              OFFENDER TURNED AND RAN UNDER THE STAIRS WHERE HE WAS
              OBSERVED PULLING SOMETHING FROM HIS WAISTBAND. SGT.GRAHAM
              THEN ADMINISTERED ANOTHER BURST OF OC PEPPER SPRAY. OFFENDER
              MAYSONET LUNGED TOWARDS SGT. GRAHAM. SGT. GRAHAM TOOK A
              STEP BACK CREATING DISTANCE BETWEEN HIM AND THE OFFENDER.
              THE OFFENDER STRUCK SGT. GRAHAM ON HIS LEFT ARM WITH A
              HOMEMADE KNIFE. SGT.GRAHAM ATTEMPTED TO PUSH MAYSONET OFF
              OF HIM TO PREVENT BEING STABBED AGAIN. OFFENDER MAYSONET
              STARTED RUNNING WITH THE WEAPON, SLIPPED AND FELL TO THE
              FLOOR. SGT.GRAHAM PULLED AND DEPLOYED HIS CEW. IT DID NOT
              CONNECT.SGT.GRAHAM FELL BUT WAS ABLE TO DEPLOY HIS CEW A
              SECOND TIME FROM THE FLOOR TO ATTEMPT GAINING COMPLIANCE
              AND PREVENT ANOTHER ASSAULT. OFFENDER MAYSONET RAN TOWARDS
              THE FRONT OF THE POD. SGT GRAHAM ENTERED THE DEF POD
              CORRIDOR WHERE OFFENDER MAYSONET RAN WITH THE WEAPON STILL
              IN HIS HAND. SGT.GRAHM DREW HIS BATON AND EXPANDED IT AND
              GOT IN A STANCE,AT THAT TIME OFFENDER MAYSONET RAN TOWARDS
              HIM WITH THE WEAPON. SGT. GRAHAM CONDUCTED A FORWARD STRIKE
              TO THE OFFENDERS UPPER SHOULDER AREA. TWO MORE STRIKES WERE
              CONDUCTED TO GAIN COMPLIANCE. SGT. GRAHAM SECURED HIS CEW
              AND PLACED HIS BATON AT LOW PROFILE. HE THEN PLACED HIS
              RIGHT HAND ON OFFENDER MAYSONET'S BACK SECURING HIM TO THE
              FLOOR UNTIL RESTRAINTS WERE PLACED ON. SGT. GRAHAM SEEKED
              OUTSIDE MEDICAL ATTENTION DUE TO INJURIES SUBSTAINED
              DURING THIS INCIDENT.
              THE FOLLOWING OFFICERS STATED ON 4/27/23 AT APPROXIMATELY
              0430 HOURS THEY DID NOT ASSAULT OR USE PROFANITY TOWARDS
              OFFENDER MAYSONET: OFFICERS VESHINSKI, JACOBS, OSUNA,
              GHOLSTON AND WATTS. SGT. A. TOLBERT STATED HE HAD NO
              KNOWLEDGE OF ANY ASSAULT OR DEROGATORY LANGUAGE. OFFICER
              J.CARTER STATED HE ASSISTED WITH THE ESCORT OF OFFENDER
              MAYSONET TO MEDICAL, NO ASSAULT OR PROFANITY WAS USED.
              BASED ON INFORMATION GATHERED, OFFENDER MAYSONET IS BEING
              CHARGED WITH DISCIPLINARY INFRACTIONS A03,A24 AND B25.
              OFFENDER HAS BEEN MADE AWARE OF THE CHARGES. THIS
              INVESTIGATION IS BEING REFERRED TO DHO FOR FUTHER

INMATE NAME: MAYSONET, NELSON O.                    NCDOC#: 1043515
          DISPOSITION.
--------------------------------------------------------------------------------
I HEREBY WAIVE MY RIGHT TO 24 HOURS WRITTEN NOTICE BEFORE MEETING THE
HEARING OFFICER.
     INMATE'S SIGNATURE: _____     DATE: _____
IS STAFF ASSISTANCE REQUESTED?: N   STAFF ASSIGNED:
MY RIGHTS WITH REGARD TO THE DISCIPLINARY HEARING AND REVIEW HAVE BEEN
EXPLAINED TO ME AND I HEREBY ACKNOWLEDGE RECEIPT OF THESE CHARGES.
     INMATE'S SIGNATURE: _____     DATE: _____
--------------------------------------------------------------------------------
B. SUPERINTENDENT'S DECISION:
     OFFENSE:              I: A03            II: A24            III: B25
     INMATE PLEA:          NO PLEA           NO PLEA            NO PLEA

C. HEARING OFFICER'S DECISION:
     OFFENSE:              I: A03            II: A24            III: B25
     INMATE PLEA:          NO PLEA           NO PLEA            NO PLEA
     VERDICT:              GUILTY            DISMISSED          GUILTY

D. SANCTIONS IMPOSED:
     ACTIVATE SUSPENDED SENTENCE DATED:          FOR ARTICLE(S)
--------------------------------------------------------------------------------
I.                          II.                         III.
OFFENSE CLASS& NO: A-03     OFFENSE CLASS& NO:  -       OFFENSE CLASS& NO: B-25
20 DAYS RHDP                   DAYS RHDP                10 DAYS RHDP
     SUSPEND   MONTHS              SUSPEND   MONTHS          SUSPEND  MONTHS
 50 DAYS CRED TIME LOSS        DAYS CRED TIME LOSS     30 DAYS CRED TIME LOSS
     SUSPEND 0 MONTHS              SUSPEND   MONTHS          SUSPEND 0 MONTHS
50 HOURS EXTRA DUTY            HOURS EXTRA DUTY         40 HOURS EXTRA DUTY
     SUSPEND   MONTHS              SUSPEND   MONTHS          SUSPEND  MONTHS
SUSPENSION OF CANTEEN       SUSPENSION OF               SUSPENSION OF RECREATI
  TELEPHONE , VISITATION                         ,          RADIO        ,
  PRIVILEGES  090 DAS          PRIVILEGES    DAS        PRIVILEGES  060 DAS
     SUSPEND   MONTHS              SUSPEND   MONTHS          SUSPEND  MONTHS
DEMOTE TO:                  DEMOTE TO:                  DEMOTE TO:
     SUSPEND   MONTHS              SUSPEND   MONTHS          SUSPEND  MONTHS
2 MONTHS DRAW LIMITED         MONTHS DRAW LIMITED       1 MONTHS DRAW LIMITED
     SUSPEND   MONTHS              SUSPEND   MONTHS          SUSPEND  MONTHS
--------------------------------------------------------------------------------

APPROVED BY: DJL16 - DAVIS, JOY L        ON 05/24/23  AT 15:23 (UNIT)
             HBT06 - HARRIS, BRYON, T.   ON 06/05/23  AT 09:30 (DHO)

FACILITY HEAD/DESIGNEE REVIEW:

     SIGNATURE: _____           DATE: _____

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
### INMATE MEDICATION REFILL REQUEST

Inmate Name: MAYsonet Nelson O. Inmate #: 1043515 Facility: Granville CI Dorm: C·210 Date: 7/1/24

| Medication# 1 | Medication# 2 | Medication# 3 |
|---|---|---|
| ~~Peridex Mouth wash 480 ml~~ | As: ABSorbate  mineral oil Petrolum oint | Magic Razorless Cream Shave Reg. strength for Nor Beards. |
| Medication | Medication | Medication |
| ~~(scribbled)~~ | A 5438026 | A 5618261 |
| Prescription# | Prescription# | Prescription# |
| 9-12-24 | 12-17·24 | 5-9-2025 |
| Refill until (date) | Refill until (date) | Refill until (date) |

### INMATES ARE NOT TO WRITE BELOW THIS LINE

| Nursing Staff Response | Nursing Staff Response | Nursing Staff Response |
|---|---|---|
| ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. | ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. | ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. |
| ☐ Your current order has expired; it will be referred to the clinician for review. | ☐ Your current order has expired; it will be referred to the clinician for review. | ☐ Your current order has expired; it will be referred to the clinician for review. |
| ☐ Your refill is not due. You need to submit another refill request form 10 days before _____. <br> Date | ☐ Your refill is not due. You need to submit another refill request form 10 days before _____. <br> Date | ☐ Your refill is not due. You need to submit another refill request form 10 days before _____. <br> Date |
| ☐ Submitted to Pharmacy for refill. | ☐ Submitted to Pharmacy for refill. | ☐ Submitted to Pharmacy for refill. |
| ☐ Other _____ | ☐ Other _____ | ☐ Other _____ |
| _____ Staff Signature/Title _____ Date | _____ Staff Signature/Title _____ Date | _____ Staff Signature/Title _____ Date |
| **MEDICAL/PHARMACY USE ONLY** | **MEDICAL/PHARMACY USE ONLY** | **MEDICAL/PHARMACY USE ONLY** |
| Additional Comments: _____ | Additional Comments: _____ | Additional Comments: _____ |

- **This form may contain confidential medical information. It is the responsibility of the inmate to protect his/her own medical information.**

This form is not to be amended, revised or altered without the approval of the Medical Records committee.

FILE:  Original—Kept in Medical
　　　 Copy—To Inmate
　　　 *(This form is not to be filed in the Medical Record)*

DC-875A (8/05)

All requestet 06/29/24

P.Rico    # 1043515

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## INMATE MEDICATION REFILL REQUEST

Inmate Name: Maysonet Nelson    Inmate #: 1043515    Facility: Granville CI    Dorm: L 210    Date: 5-30 24

| Medication# 1 | Medication# 2 | Medication# 3 |
|---|---|---|
| Mineral oil/petrolatun oint | Medicate lip ointment | Sali Acid/Sul 2-2% Shu |
| Medication | Medication | Medication |
| A 5438026 | A 5566043 | A 5574859 |
| Prescription# | Prescription# | Prescription# |
| 12-12-24 | 6-26-24 | |
| Refill until (date) | Refill until (date) | Refill until (date) |
| INMATES ARE NOT TO WRITE BELOW THIS LINE | INMATES ARE NOT TO WRITE BELOW THIS LINE | INMATES ARE NOT TO WRITE BELOW THIS LINE |
| **Nursing Staff Response** | **Nursing Staff Response** | **Nursing Staff Response** |
| ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. | ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. | ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. |
| ☐ Your current order has expired; it will be referred to the clinician for review. | ☐ Your current order has expired; it will be referred to the clinician for review. | ☐ Your current order has expired; it will be referred to the clinician for review. |
| ☒ Your refill is not due. You need to submit another refill request form 10 days before 7/9/24. <br>Date | ☒ Your refill is not due. You need to submit another refill request form 10 days before 6/16/24. <br>Date | ☒ Your refill is not due. You need to submit another refill request form 10 days before 7/3/24. <br>Date |
| ☐ Submitted to Pharmacy for refill. | ☐ Submitted to Pharmacy for refill. | ☐ Submitted to Pharmacy for refill. |
| ☐ Other | ☐ Other | ☐ Other |
| _Staff Signature_ 5/31/24 <br>Staff Signature/Title    Date | Staff Signature/Title    Date | Staff Signature/Title    Date |
| **MEDICAL/PHARMACY USE ONLY** | **MEDICAL/PHARMACY USE ONLY** | **MEDICAL/PHARMACY USE ONLY** |
| Additional Comments: | Additional Comments: | Additional Comments: |

- **This form may contain confidential medical information. It is the responsibility of the inmate to protect his/her own medical information.**

This form is not to be amended, revised or altered without the approval of the Medical Records committee.

**FILE:** Original—Kept in Medical
Copy—To Inmate
(*This form is not to be filed in the Medical Record*)

DC-875A (8/05)

Jueves
5/30/24

Puerto Rico

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
### INMATE MEDICATION REFILL REQUEST

Nuevo 5/13/24

Inmate Name: Maysonet Nelson    Inmate #: 1093515    Facility: Granville CI    Dorm: C210    Date: 5/13/24

| Medication# 1 | Medication# 2 | Medication# 3 |
|---|---|---|
| Apap/ASA/Caffeine 250-65 | Selenium Sulfed 1/osha | Blistex Medicate lip ointment |
| Medication | Medication | Medication |
| A5577219 | A5438254 | A5566043 |
| Prescription# | Prescription# | Prescription# |
| 10-5-24 | 6-12-24 | 6-26-24 |
| Refill until (date) 5/8/24 | Refill until (date) DC 4/4/24 | Refill until (date) 5/17/24 |
| INMATES ARE NOT TO WRITE BELOW THIS LINE | INMATES ARE NOT TO WRITE BELOW THIS LINE | INMATES ARE NOT TO WRITE BELOW THIS LINE |

| Nursing Staff Response | Nursing Staff Response | Nursing Staff Response |
|---|---|---|
| ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. | ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. | ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. |
| ☐ Your current order has expired; it will be referred to the clinician for review. | ☐ Your current order has expired; it will be referred to the clinician for review. | ☐ Your current order has expired; it will be referred to the clinician for review. |
| ☐ Your refill is not due. You need to submit another refill request form 10 days before _____. Date | ☐ Your refill is not due. You need to submit another refill request form 10 days before _____. Date | ☐ Your refill is not due. You need to submit another refill request form 10 days before _____. Date |
| ☒ Submitted to Pharmacy for refill. | ☐ Submitted to Pharmacy for refill. | ☒ Submitted to Pharmacy for refill. 5.14.24 |
| ☒ Other on 5.8.24 | ☐ Other | ☐ Other |
| Wimbush/CMA  5.14.24 | | Wimbush/CMA  5.14.24 |
| Staff Signature/Title          Date | Staff Signature/Title          Date | Staff Signature/Title          Date |
| MEDICAL/PHARMACY USE ONLY | MEDICAL/PHARMACY USE ONLY | MEDICAL/PHARMACY USE ONLY |
| Additional Comments: _____ | Additional Comments: _____ | Additional Comments: _____ |

- **This form may contain confidential medical information. It is the responsibility of the inmate to protect his/her own medical information.**

This form is not to be amended, revised or altered without the approval of the Medical Records committee.

FILE:    Original—Kept in Medical
         Copy—To Inmate
         (This form is not to be filed in the Medical Record)

DC-875A (8/05)

on 4-30-24 Mcpherson LPN Submitted to Pharmacy for Refill and Today is 5/13/24 still not Recieved yet. Turned in all of medication Today.

Case 1:26-cv-00256-TDS-LPA    Document 2    Filed 03/13/26    Page 53 of 66

Inmate #: 1093515    Facility: Granville CF    Dorm: C210    Date:

**Inmate Name:** Nelson Maysonet

| Medication # 1 | Medication # 2 | Medication # 3 |
|---|---|---|
| **Medication** | | cream |
| Cocoa Butter lotion 400 ml | Selenium Sulfide 1% shampo 207 ml | Triamcinolone Acet 0.1% |
| **Prescription #** | **Medication** | **Medication** |
| Rx A5254092 | Rx A5254091 | Rx A5254080 |
| **Refill until (date)** | **Prescription #** | **Prescription #** |
| 12/31/23 | 12/31/23 | 9/02/23 |
| | **Refill until (date)** | **Refill until (date)** |

INMATES ARE NOT TO WRITE BELOW THIS LINE

**Medication # 1 — Nursing Staff Response**
- ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued.
- ☐ Your current order has expired; it will be referred to the clinician for review.
- ☐ Your refill is not due. You need to submit another refill request form 10 days before _____ Date
- ☐ Submitted to Pharmacy for refill.
- ☑ Other: No order found

M. Sato RN    8/22/23
Staff Signature/Title    Date

MEDICAL/PHARMACY USE ONLY
Additional Comments: Submit a sick call

**Medication # 2 — Nursing Staff Response**
- ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued.
- ☐ Your current order has expired; it will be referred to the clinician for review.
- ☑ Your refill is not due. You need to submit another refill request form 10 days before _____ Date
- ☐ Submitted to Pharmacy for refill.
- ☑ Other: already requested

M. Sato RN    8/22/23
Staff Signature/Title    Date

MEDICAL/PHARMACY USE ONLY
Additional Comments: _____

**Medication # 3 — Nursing Staff Response**
- ☑ Current order expired, you will need a sick call form if you need this continued.
- ☐ Your current order has expired; referred to the clinician for review.
- ☐ Your refill is not due. You need another refill request form 10 days before _____ Date
- ☐ Submitted to Pharmacy for _____
- ☐ Other _____

M. Sato RN    8/22/23
Staff Signature/Title

MEDICAL/PHARMACY USE ONLY
Additional Comments: _____

○ This form may contain confidential medical information. It is the responsibility of the inmate to protect his/her own medical information.

This form is not to be amended, revised or altered without the approval of the Medical Records Committee.

FILE:    Original – Kept in Medical.
         Copy – To Inmate
         (This form is not to be filed in the Medical Record)

DC-875 (8/05)

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
### INMATE MEDICATION REFILL REQUEST

C-210 24
4/29/24

Inmate Name: Maysonet Nelson    Inmate #: 1043515    Facility: Granville CI    Dorm: C-210    Date: 4/30/24

| Medication# 1 | Medication# 2 | Medication# 3 |
|---|---|---|
| Lidex! Fluocinonid 00.05% CR 30 Gm | Hydrocortinone 2.5% CR 30 Gm | Triamcinalone Acet 0.1 % CR 15 Gm |
| A5574845 **Medication** A 5574845 | **Medication** A5574851 | **Medication** A5438263 |
| **Prescription#** 9.30.24 | **Prescription#** 9/30/24 | **Prescription#** 6/12/24 |
| Refill until (date) | Refill until (date) | Refill until (date) |

**INMATES ARE NOT TO WRITE BELOW THIS LINE**

| Nursing Staff Response | Nursing Staff Response | Nursing Staff Response |
|---|---|---|
| ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. | ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. | ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. |
| ☐ Your current order has expired; it will be referred to the clinician for review. | ☐ Your current order has expired; it will be referred to the clinician for review. | ☐ Your current order has expired; it will be referred to the clinician for review. |
| ☐ Your refill is not due. You need to submit another refill request form 10 days before _____. Date | ☐ Your refill is not due. You need to submit another refill request form 10 days before _____. Date | ☐ Your refill is not due. You need to submit another refill request form 10 days before _____. Date |
| ☒ Submitted to Pharmacy for refill. | ☒ Submitted to Pharmacy for refill. | ☒ Submitted to Pharmacy for refill. |
| ☐ Other _____ | ☐ Other _____ | ☐ Other _____ |
| McPherson LPN    4-30-24 Staff Signature/Title    Date | McPherson LPN    4-30-24 Staff Signature/Title    Date | McPherson LPN    4-30-24 Staff Signature/Title    Date |

| MEDICAL/PHARMACY USE ONLY | MEDICAL/PHARMACY USE ONLY | MEDICAL/PHARMACY USE ONLY |
|---|---|---|
| **Additional Comments:** _____ | **Additional Comments:** _____ | **Additional Comments:** _____ |

- **This form may contain confidential medical information. It is the responsibility of the inmate to protect his/her own medical information.**

This form is not to be amended, revised or altered without the approval of the Medical Records committee.

**FILE:**    **Original—Kept in Medical**
    **Copy—To Inmate**
    *(This form is not to be filed in the Medical Record)*

DC-875A (8/05)

PS Plesse cand you send me 2 sick coll and 2 med. Refill Request Thank's God Blesse man

P.RUL-

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
### INMATE MEDICATION REFILL REQUEST

Inmate Name: *Nelson MAYSonet*  Inmate #: *1043 515*  Facility: *Granville CI*  Dorm: *C1-C115*  Date: *10/9/24*

| Medication# 1 | Medication# 2 | Medication#3 |
|---|---|---|
| *Almay Deodorant* | *Dove Soap* | *Menthol/Camphor Lot* |
| Medication | Medication | Medication |
| *A 5738079* | *A 5746560* | *A-5710449* |
| Prescription# | Prescription# | Prescription# |
| *2-11-25* | *2-15-25* | *1-20-25* |
| Refill until (date) | Refill until (date) | Refill until (date) |

| INMATES ARE NOT TO WRITE BELOW THIS LINE | INMATES ARE NOT TO WRITE BELOW THIS LINE | INMATES ARE NOT TO WRITE BELOW THIS LINE |
|---|---|---|
| **Nursing Staff Response** | **Nursing Staff Response** | **Nursing Staff Response** |
| ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. | ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. | ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. |
| ☐ Your current order has expired; it will be referred to the clinician for review. | ☐ Your current order has expired; it will be referred to the clinician for review. | ☐ Your current order has expired; it will be referred to the clinician for review. |
| ☐ Your refill is not due. You need to submit another refill request form 10 days before _____. Date | ☐ Your refill is not due. You need to submit another refill request form 10 days before _____. Date | ☐ Your refill is not due. You need to submit another refill request form 10 days before _____. Date |
| ☑ Submitted to Pharmacy for refill. | ☑ Submitted to Pharmacy for refill. | ☑ Submitted to Pharmacy for refill. |
| ☐ Other _____ | ☐ Other _____ | ☐ Other _____ |
| *ACarpenter RN*  10/11/24 | *ACarpenter RN*  10/11/24 | *ACarpenter RN*  10/11/24 |
| Staff Signature/Title  Date | Staff Signature/Title  Date | Staff Signature/Title  Date |

| MEDICAL/PHARMACY USE ONLY | MEDICAL/PHARMACY USE ONLY | MEDICAL/PHARMACY USE ONLY |
|---|---|---|
| Additional Comments: _____ | Additional Comments: _____ | Additional Comments: _____ |

° **This form may contain confidential medical information. It is the responsibility of the inmate to protect his/her own medical information.**

This form is not to be amended, revised or altered without the approval of the Medical Records committee.

FILE:  Original—Kept in Medical
  Copy—To Inmate
  *(This form is not to be filed in the Medical Record)*

DC-875A (8/05)

# NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION
## OFFENDER MEDICATION REFILL REQUEST

Offender Name: NELSON MAYSONET   Offender #: 1043515   Facility: Maury CI   Dorm: G-03   Date: 9-2-25

| Medication # 1 | Medication # 2 | Medication # 3 |
|---|---|---|
| Coco Buter lotion 400 ML | Caffeine 250-250-65 mGTB | Docusate-Sod 100mG cap |
| **Medication** | **Medication** | **Medication** |
| A 6070048 | A-6069986 | A 6175246 |
| **Prescription #** | **Prescription #** | **Prescription #** |
| 5/5/26 | 11/1/25 | 1/18/26 |
| **Refill until (date)** | **Refill until (date)** | **Refill until (date)** |

OFFENDERS ARE NOT TO WRITE BELOW THIS LINE | OFFENDERS ARE NOT TO WRITE BELOW THIS LINE | OFFENDERS ARE NOT TO WRITE BELOW THIS LINE

### Nursing Staff Response

**Medication # 1**
- [ ] Current order expired, you will need to fill out a sick call form if you need this medication continued.
- [ ] Your current order has expired; it will be referred to the clinician for review.
- [ ] Your refill is not due. You need to submit another refill request form 10 days before_____. Date
- [ ] Submitted to Pharmacy for refill.
- [x] Other REGuested 9/3/25

WALSON _____ 9/3/25
Staff Signature/ Title        Date

**Medication # 2**
- [ ] Current order expired, you will need to fill out a sick call form if you need this medication continued.
- [ ] Your current order has expired; it will be referred to the clinician for review.
- [x] Your refill is not due. You need to submit another refill request form 10 days before 9/29/25. Date
- [ ] Submitted to Pharmacy for refill.
- [ ] Other_____

WALSTON w _____ 9/3/25
Staff Signature/ Title        Date

**Medication # 3**
- [ ] Current order expired, you will need to fill out a sick call form if you need this medication continued.
- [ ] Your current order has expired; it will be referred to the clinician for review.
- [x] Your refill is not due. You need to submit another refill request form 10 days before 9/24/25. Date
- [ ] Submitted to Pharmacy for refill.
- [ ] Other_____

WALSTON w _____ 9/3/25
Staff Signature/ Title        Date

| MEDICAL/PHARMACY USE ONLY | MEDICAL/PHARMACY USE ONLY | MEDICAL/PHARMACY USE ONLY |
|---|---|---|
| Additional Comments: _____ | Additional Comments: _____ | Additional Comments: _____ |

This form may contain confidential medical information. It is the responsibility of the offender to protect his/her own medical information.
This form is not to be amended, revised or altered without approval of the Medical Records committee.

**FILE:**   **Original – Kept in Medical**
     **Copy – To Offender**

DC-875A (Revised 3/23)

Case 1:26-cv-00256-TDS-LPA     Document 2     Filed 03/13/26     Page 57 of 66

Grey

Maysonet #1043515

Gryllid Cell G-03

# NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION
## OFFENDER MEDICATION REFILL REQUEST

#1043515

Offender Name: Nelson Maysonet    Offender #: 1043515    Facility: Maury C I    Dorm: Grey und cel 63    Date:

| Medication # 1 | Medication # 2 | Medication # 3 |
|---|---|---|
| Caffeine 250 350 -65 MG TB | Atorrestation 40 MC | |
| **Medication** | **Medication** | **Medication** |
| A 6069986 | A 5962071 | |
| **Prescription #** | **Prescription #** | **Prescription #** |
| 11/1/25 | 2/11/26 | |
| **Refill until (date)** | **Refill until (date)** | **Refill until (date)** |

| OFFENDERS ARE NOT TO WRITE BELOW THIS LINE | OFFENDERS ARE NOT TO WRITE BELOW THIS LINE | OFFENDERS ARE NOT TO WRITE BELOW THIS LINE |
|---|---|---|
| **Nursing Staff Response**<br>☐ Current order expired, you will need to fill out a sick call form if you need this medication continued.<br><br>☐ Your current order has expired; it will be referred to the clinician for review.<br><br>☐ Your refill is not due. You need to submit another refill request form 10 days before_____. <sub>Date</sub><br><br>☑ Submitted to Pharmacy for refill.<br><br>☐ Other_____ | **Nursing Staff Response**<br>☐ Current order expired, you will need to fill out a sick call form if you need this medication continued.<br><br>☐ Your current order has expired; it will be referred to the clinician for review.<br><br>☐ Your refill is not due. You need to submit another refill request form 10 days before _____. <sub>Date</sub><br><br>☐ Submitted to Pharmacy for refill.<br><br>☑ Other Filled 7/31/25 | **Nursing Staff Response**<br>☐ Current order expired, you will need to fill out a sick call form if you need this medication continued.<br><br>☐ Your current order has expired; it will be referred to the clinician for review.<br><br>☐ Your refill is not due. You need to submit another refill request form 10 days before_____. <sub>Date</sub><br><br>☐ Submitted to Pharmacy for refill.<br><br>☐ Other_____ |
| DEN Yaucret  8/1/25 | | |
| Staff Signature/ Title         Date | Staff Signature/ Title         Date | Staff Signature/ Title         Date |
| **MEDICAL/PHARMACY USE ONLY** | **MEDICAL/PHARMACY USE ONLY** | **MEDICAL/PHARMACY USE ONLY** |
| Additional Comments: _____ | Additional Comments: Automatic Refill | Additional Comments: _____ |

This form may contain confidential medical information. It is the responsibility of the offender to protect his/her own medical information.
This form is not to be amended, revised or altered without approval of the Medical Records committee.

FILE:    Original – Kept in Medical
         Copy – To Offender

DC-875A (Revised 3/23)

Case 1:26-cv-00256-TDS-LPA    Document 2    Filed 03/13/26    Page 58 of 66

C-210
P.RICO

#104 3515
MaysoneT

Inmate #: 104 351 5    Facility: Granville CI · Dorm: C-210 · Date:

**Inmate Name:** Nelson MaysoneT

| Medication # 1 | Medication # 2 | Medication # 3 |
|---|---|---|
| **Medication** Excedrin Extra "migrane" | **Medication** d Cocoa Butter 400mL ? INveiT | **Medication** |
| **Prescription #** Rx: A5254095 | **Prescription #** RV A525 4092 | **Prescription #** |
| **Refill until (date)** 10/2/23 | **Refill until (date)** 12 3 23 | **Refill until (date)** |

INMATES ARE NOT TO WRITE BELOW THIS LINE

**Medication # 1 — Nursing Staff Response**

☐ Current order expired, you will need to fill out a sick call form if you need this medication continued.

☐ Your current order has expired; it will be referred to the clinician for review.

☐ Your refill is not due. You need to submit another refill request form 10 days before _____. Date

☐ Submitted to Pharmacy for refill.

☑ Other Last fill date 8/3/23
_Pharel RMA_    8/10/23
Staff Signature/Title    Date

MEDICAL/PHARMACY USE ONLY

Additional Comments: _____

**Medication # 2 — Nursing Staff Response**

☐ Current order expired, you will need to fill out a sick call form if you need this medication continued.

☐ Your current order has expired; it will be referred to the clinician for review.

☑ Your refill is not due. You need to submit another refill request form 10 days before 9/3/23 . Date

☐ Submitted to Pharmacy for refill.

☐ Other _____
_Pheris RMA_    8/8/23
Staff Signature/Title    Date

MEDICAL/PHARMACY USE ONLY

Additional Comments: _____

**Medication # 3 — Nursing Staff Response**

☐ Current order expired, you will need a sick call form if you need this continued.

☐ Your current order has expired; referred to the clinician for review.

☐ Your refill is not due. You need another refill request form 10 da before _____. Date

☐ Submitted to Pharmacy for re

☐ Other _____
Staff Signature/Title

MEDICAL/PHARMACY USE

Additional Comments: _____

o   This form may contain confidential medical information. It is the responsibility of the inmate to protect his/her own medical information.

This form is not to be amended, revised or altered without the approval of the Medical Records Committee.

FILE:    Original – Kept in Medical.
         Copy – To Inmate
         (This form is not to be filed in the Medical Record)

DC-875 (8/05)

Puerto Rico "Nurse" B-210

## GRANVILLE CORRECTIONAL INSTITUTION
### OFFENDER REQUEST FOR INFORMATION

Name: Nelson Maysonet   OPUS #: 1043515   Date: 8/13/24

To: Nurese H-com   Assigned Case Manager: _____

Housing Area: H-Con B-210

Im on Hcom B-210 but I have Icon know and I get muve any tame some To I-com unit

Mark an "X" beside the name of the person whom you wish to respond to your problem/request.

___ Case Analyst — Contact your Case Analyst first if you are PROCESSING

___ Case Manager — Contact your Case Manager first on any issue

___ Officer Knight/Ofc. Capehart — ID Cards (Damaged / Lost / Stolen)

___ Mrs. E. Greene, Programs Director — Classification / Transfers

___ Offender Assignment Coordinator — Offender Assignments / Jobs

___ Dr. Rouse, Dental Supervisor — Dental

___ Ms. L. Parker Nurse Supervisor II — Medical

___ Chaplain(s) Eldridge / Fox — Religious assistance / Counseling / Resources

___ , Administrative Officer III — Trust Fund

___ Mr. S. Fraser, Food Service Manager — Food Service / Dietary Needs

___ Ms. Murtagh, Principal — School / Vocational / Academic Issues

___ Ms. D. May, Psychological Svc. Mgr. — Mental Health

___ Sgt. Evans, Clothes House / Warehouse — SRG (Gangs)

___ Officer T. Jones, Canteen — Mail/Canteen

___ Mr. J. Williams, Assoc. Warden/Operations — Clothing

___ Mr. B. Cooper, Assoc. Warden/Special Housing — Custody Staff / Housing / Property / Disciplinary Issues

___ Ms. J. Kerns-Correll, Assoc. Warden/Programs — HCON / Single Cell I

Visitation / Recreation / Medical / Diagnostics/Academics/Dental

Purpose of Request:

I send I sick call for venew "Dove soup" RX A5610499 Thath Expire on 8-2-24 I need a New Refill of Dovesoup submitted prescription to provider.. also on June 2024 Dermotolosis women on TV medical Avia she sumitted to prouder Deodorant, vaseline, and Anti itch letion I Recive only the Anti itch lotion, but not The vaseline or Deodorant, plesse w/B below and let me know your comments. Thaks.

RX A5210499

(Use back of page if necessary)

-------- Do not write below this line --------

Date: 8/13/24   Comments: I have requested the Dove soap & Almay deoderant for you. However, I do not see any refrence to Vaseline in the Telehealth note from 7/15.

Dwreyer RN

Undated: 11/13/2023

Puerto Rico                    Maysonet # 1043515

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
### INMATE MEDICATION REFILL REQUEST

Inmate Name: Nelson Maysonet  Inmate #: 1043515  Facility:  Dorm: C210  Date: 2/19/24

| Medication# 1 | Medication# 2 | Medication# 3 |
|---|---|---|
| Coco Butter lotion, 400 Me | Shampo Selenium Sulfed 1/o Sha | Triamcinolone Acet 15Gn 0.1% |
| Medication | Medication | Medication |
| A 5438 226 | A 5438258 | A 5438 263 |
| Prescription# | Prescription# | Prescription# |
| 6/12/24 | 6/12/24 | 6/12/24 |
| Refill until (date) | Refill until (date) | Refill until (date) |

**INMATES ARE NOT TO WRITE BELOW THIS LINE** | **INMATES ARE NOT TO WRITE BELOW THIS LINE** | **INMATES ARE NOT TO WRITE BELOW THIS LINE**

### Nursing Staff Response (Medication# 1)
- [ ] Current order expired, you will need to fill out a sick call form if you need this medication continued.
- [ ] Your current order has expired; it will be referred to the clinician for review.
- [ ] Your refill is not due. You need to submit another refill request form 10 days before _____. Date
- [ ] Submitted to Pharmacy for refill.
- [x] Other  Refill requested 2/13/24

Parker, RN  2/19/24
Staff Signature/Title  Date

### Nursing Staff Response (Medication# 2)
- [ ] Current order expired, you will need to fill out a sick call form if you need this medication continued.
- [ ] Your current order has expired; it will be referred to the clinician for review.
- [ ] Your refill is not due. You need to submit another refill request form 10 days before _____. Date
- [ ] Submitted to Pharmacy for refill.
- [x] Other  refill requested 2/14/24

Parker, RN  2/19/24
Staff Signature/Title  Date

### Nursing Staff Response (Medication# 3)
- [ ] Current order expired, you will need to fill out a sick call form if you need this medication continued.
- [ ] Your current order has expired; it will be referred to the clinician for review.
- [ ] Your refill is not due. You need to submit another refill request form 10 days before _____. Date
- [ ] Submitted to Pharmacy for refill.
- [x] Other  refilled requested 2/14/24

Parker, RN  2/19/24
Staff Signature/Title  Date

**MEDICAL/PHARMACY USE ONLY** | **MEDICAL/PHARMACY USE ONLY** | **MEDICAL/PHARMACY USE ONLY**

Additional Comments: | Additional Comments: | Additional Comments:

- **This form may contain confidential medical information. It is the responsibility of the inmate to protect his/her own medical information.**

This form is not to be amended, revised or altered without the approval of the Medical Records committee.

**FILE:** Original—Kept in Medical
Copy—To Inmate
*(This form is not to be filed in the Medical Record)*

DC-875A (8/05)

I Get coco Butterlotion
limit 400 mL per Two 2 months
is bein 2 months al Ready Need it.

Maysonet
1043515
Hcon C 210

Puerto Rico

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
### INMATE MEDICATION REFILL REQUEST

Inmate Name: _Maysonet Nelson O._  Inmate #: _1043515_  Facility: _Granville CI_  Dorm: _C210_  Date: _7/1/24_

| Medication# 1 | Medication# 2 | Medication# 3 |
|---|---|---|
| _Fluocinonide oo 5% CR-30 GM_ | _Hydrocortisone 2.5% CR 30 GM_ | _Dove Soap_ |
| Medication | Medication | Medication |
| _A 5574845_ | _A 5574851_ | _A 5610498_ |
| Prescription# | Prescription# | Prescription# |
| _9-30-24_ ✓ | _9-30-24_ | _8-2-24_ ? |
| Refill until (date) | Refill until (date) | Refill until (date) |

| INMATES ARE NOT TO WRITE BELOW THIS LINE | INMATES ARE NOT TO WRITE BELOW THIS LINE | INMATES ARE NOT TO WRITE BELOW THIS LINE |
|---|---|---|
| **Nursing Staff Response** | **Nursing Staff Response** | **Nursing Staff Response** |
| ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. | ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. | ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. |
| ☐ Your current order has expired; it will be referred to the clinician for review. | ☐ Your current order has expired; it will be referred to the clinician for review. | ☐ Your current order has expired; it will be referred to the clinician for review. |
| ☐ Your refill is not due. You need to submit another refill request form 10 days before _____. <br> Date | ☐ Your refill is not due. You need to submit another refill request form 10 days before _____. <br> Date | ☐ Your refill is not due. You need to submit another refill request form 10 days before _____. <br> Date |
| ☐ Submitted to Pharmacy for refill. | ☐ Submitted to Pharmacy for refill. | ☐ Submitted to Pharmacy for refill. |
| ☐ Other _____ | ☐ Other _____ | ☐ Other _____ |
| _____ <br> Staff Signature/Title    Date | _____ <br> Staff Signature/Title    Date | _____ <br> Staff Signature/Title    Date |
| **MEDICAL/PHARMACY USE ONLY** | **MEDICAL/PHARMACY USE ONLY** | **MEDICAL/PHARMACY USE ONLY** |
| Additional Comments: _____ | Additional Comments: _____ | Additional Comments: _____ |

- **This form may contain confidential medical information. It is the responsibility of the inmate to protect his/her own medical information.**

This form is not to be amended, revised or altered without the approval of the Medical Records committee.

FILE:  Original—Kept in Medical
  Copy—To Inmate
  *(This form is not to be filed in the Medical Record)*

DC-875A (8/05)

*Puerto Rico*

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
### INMATE MEDICATION REFILL REQUEST

Inmate Name: Maysonet Nelson   Inmate #: 1043515   Facility: Granville C I   Dorm: C-210   Date: 7/1/24

| Medication# 1 | Medication# 2 | Medication# 3 |
|---|---|---|
| Sali Acid/Sul 2-2% Sha, 120 ML  Sebel/Sebulex shampoo  **Medication** | Ketoconazole 2% Sha, 120 ML  **Medication** | Lidex  Fluocinonide 005% Sol, 60 ML  **Medication** |
| A 5574859  **Prescription#** | A 5574855  **Prescription#** | A 5574849  **Prescription#** |
| 9-30-24  **Refill until (date)** | 9-30-24  **Refill until (date)** | 9-30-24  **Refill until (date)** |
| INMATES ARE NOT TO WRITE BELOW THIS LINE | INMATES ARE NOT TO WRITE BELOW THIS LINE | INMATES ARE NOT TO WRITE BELOW THIS LINE |
| **Nursing Staff Response** | **Nursing Staff Response** | **Nursing Staff Response** |
| ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued.  ☐ Your current order has expired; it will be referred to the clinician for review.  ☐ Your refill is not due. You need to submit another refill request form 10 days before _____ .  _Date_  ☐ Submitted to Pharmacy for refill.  ☐ Other _____ | ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued.  ☐ Your current order has expired; it will be referred to the clinician for review.  ☐ Your refill is not due. You need to submit another refill request form 10 days before _____ .  _Date_  ☐ Submitted to Pharmacy for refill.  ☐ Other _____ | ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued.  ☐ Your current order has expired; it will be referred to the clinician for review.  ☐ Your refill is not due. You need to submit another refill request form 10 days before _____ .  _Date_  ☐ Submitted to Pharmacy for refill.  ☐ Other _____ |
| _____ Staff Signature/Title _____ Date | _____ Staff Signature/Title _____ Date | _____ Staff Signature/Title _____ Date |
| **MEDICAL/PHARMACY USE ONLY** | **MEDICAL/PHARMACY USE ONLY** | **MEDICAL/PHARMACY USE ONLY** |
| Additional Comments: _____ | Additional Comments: _____ | Additional Comments: _____ |

• **This form may contain confidential medical information. It is the responsibility of the inmate to protect his/her own medical information.**

This form is not to be amended, revised or altered without the approval of the Medical Records committee.

FILE:  Original—Kept in Medical
       Copy—To Inmate
       *(This form is not to be filed in the Medical Record)*

DC-875A (8/05)

*Puerto Rico*

# NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
### INMATE MEDICATION REFILL REQUEST

Inmate Name: Maysonet Nelson O.   Inmate #: 1043515   Facility: Granville CI   Dorm: C-210   Date: 7/1/24

| Medication# 1 | Medication# 2 | Medication# 3 |
|---|---|---|
| ApAp/ASA/caffeine 250-250  6-5 MG TB | iBuprofen 800 MC TB | |
| Medication | Medication | Medication |
| A 5577219 | A 5645666 | |
| Prescription# | Prescription# | Prescription# |
| 10-5-24 | 9 30-24 | |
| Refill until (date) | Refill until (date) | Refill until (date) |

**INMATES ARE NOT TO WRITE BELOW THIS LINE**

| Nursing Staff Response | Nursing Staff Response | Nursing Staff Response |
|---|---|---|
| ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. | ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. | ☐ Current order expired, you will need to fill out a sick call form if you need this medication continued. |
| ☐ Your current order has expired; it will be referred to the clinician for review. | ☐ Your current order has expired; it will be referred to the clinician for review. | ☐ Your current order has expired; it will be referred to the clinician for review. |
| ☐ Your refill is not due. You need to submit another refill request form 10 days before _____. Date | ☐ Your refill is not due. You need to submit another refill request form 10 days before _____. Date | ☐ Your refill is not due. You need to submit another refill request form 10 days before _____. Date |
| ☐ Submitted to Pharmacy for refill. | ☐ Submitted to Pharmacy for refill. | ☐ Submitted to Pharmacy for refill. |
| ☐ Other _____ | ☐ Other _____ | ☐ Other _____ |
| _____ Staff Signature/Title   _____ Date | _____ Staff Signature/Title   _____ Date | _____ Staff Signature/Title   _____ Date |

| MEDICAL/PHARMACY USE ONLY | MEDICAL/PHARMACY USE ONLY | MEDICAL/PHARMACY USE ONLY |
|---|---|---|
| Additional Comments: _____ | Additional Comments: _____ | Additional Comments: _____ |

- This form may contain confidential medical information. It is the responsibility of the inmate to protect his/her own medical information.

This form is not to be amended, revised or altered without the approval of the Medical Records committee.

FILE:   Original—Kept in Medical
        Copy—To Inmate
        *(This form is not to be filed in the Medical Record)*

DC-875A (8/05)

Lucy
Australopithicines
Homo
Erectus
itabi's
sapiens